**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION**

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 15-70094 |
| RREAF O&G PORTFOLIO #2, LLC § | (Chapter 11) |
| ET AL.,[1] § | (Joint Administration Requested) |
| § | |
| DEBTORS. § | |

**CONSOLIDATED LIST OF CREDITORS
HOLDING 20 LARGEST UNSECURED CLAIMS**

Following is a consolidated list of the above-captioned debtors' (the "Debtors") creditors holding the twenty (20) largest unsecured claims. The list was prepared in accordance with Fed. R. Bankr. P. 1007(d). The list does not include: (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(31); (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the twenty (20) largest unsecured claims, or (3) certain disputed and unliquidated litigation claims.

The list was prepared with information existing as of July 7, 2015. The Debtors reserve the right to amend the list based on information existing as of the filing date. The information provided is based on a review of the Debtors' books and records. No comprehensive legal and/or factual investigations with regard to possible defenses or counterclaims to the below-listed claims have been completed. Therefore, this listing does not and should not be deemed to constitute: (1) a waiver of any defense, counterclaim, or offset to the below-listed claims; (2) an acknowledgment of the allowability of any of the below-listed claims; and/or (3) a waiver of any other right or legal or equitable position. The failure of the Debtors to list a claim as contingent,

---

[1] The Debtors and the last four digits of their tax identification numbers are RREAF O&G Portfolio #2, LLC (7815), RREAF O&G Portfolio #2 Manager, LLC (9297), RREAF O&G Portfolio #3, LLC. (8084), and RREAF O&G Portfolio #3 Manager, LLC (1741).

unliquidated, or unknown does not constitute a waiver of the Debtors' right to contest the validity, priority, and/or amount of the claim.

| Name of Creditor | Name, telephone number, fax numbers and complete mailing address, including zip code of employee, agents, or department of creditor who may be contacted | Nature of claim (trade debt, bank loan, government contracts, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Channel Point Hospitality | 2500 N. Dallas Pkwy, Suite 600<br>Plano, TX 75093<br>Phone: 972-952-0200<br>Fax: 972-265-6288 | Trade Payables | | $ 209,370.75 |
| Choice Hotels International | Attn: Travel Agent Program<br>PO Box 79882<br>Baltimore, MD 21279 | Trade Payables | | $ 127,315.21 |
| LaQuinta Franchising LLC | Attn: Rochelle Mitchel<br>PO Box 612587<br>Dallas, TX 75261<br>Phone: 214-492-6872 | Trade Payables | | $ 124,282.82 |
| Country Inns & Suites | SDS 12-0586<br>PO Box 86<br>Minneapolis, MN 55486 | Trade Payables | | $ 37,723.59 |
| Intercontinental Hotels Group | PO Box 101074<br>Atlanta, GA 30392 | Trade Payables | | $ 22,053.03 |
| HD Supply Facilities | PO Box 509058<br>San Diego, CA 92150<br>Phone: 800-798-8888<br>Fax: 800-930-4930 | Trade Payables | | $ 21,900.62 |
| Time Warner Cable | PO Box 60074<br>City of Industry, CA 91716<br>Phone: 888-892-2253 | Trade Payables | | $ 18,719.52 |
| Town of Pecos City | PO Box 929<br>Pecos, TX 79722 | Trade Payables | | $ 15,746.93 |
| Bizzell, Neff & Galloway PA | PO Box 12346<br>Pensacola, FL 32591 | Trade Payables | | $ 13,998.00 |
| Sysco West Texas | PO Box 5910<br>Lubbock, TX 79408<br>Phone: 806-747-2678 | Trade Payables | | $ 13,029.21 |
| US Foodservice | PO Box 840396<br>Dallas, TX 75284<br>Phone: 281-310-2000 | Trade Payables | | $ 12,717.92 |
| Tax Trust Account | c/o Muni Services LLC<br>PO Box 830725<br>Birmingham, AL 35283 | Trade Payables | | $ 10,691.95 |
| United Healthcare c/o JP Morgan | 131 S. Dearborn - 6th Floor<br>Attn: UNET Lockbox 22561<br>Chicago, IL 60603 | Trade Payables | | $ 10,616.20 |
| Allredge Gardens LP | PO Box 50005<br>Midland, TX 79710<br>Phone: 432-682-4500 | Trade Payables | | $ 10,563.29 |
| Suddenlink | PO Box 660365<br>Dallas, TX 75266<br>Phone: 800-490-9604 | Trade Payables | | $ 10,170.03 |
| Best Western International Inc. | PO Box 53505<br>Phoenix, AZ 85072<br>Phone: 602-957-4200 | Trade Payables | | $ 9,569.87 |
| Guest Supply | PO Box 910<br>Monmouth Junction, NJ 08852<br>Phone: 800-772-7676 | Trade Payables | | $ 8,780.55 |
| Ecolab | PO Box 70343<br>Chicago, IL 60673 | Trade Payables | | $ 8,269.14 |
| Sysco Central Texas Inc. | 1260 Schwab Road<br>New Branfels, TX 78132<br>800-730-1000 | Trade Payables | | $ 7,686.46 |
| City of Hobbs | 200 East Broadway<br>Hobbs, NM 88240 | Trade Payables | | $ 7,338.21 |

# VERIFICATION OF CONSOLIDATED LIST OF CREDITORS
# HOLDING 20 LARGEST UNSECURED CLAIMS

I, the Chief Executive Officer of the business entities named as debtors in these cases, verify that the attached *Consolidated List of Creditors Holding 20 Largest Unsecured Claims* submitted in these cases is true and correct to the best of my information and belief.

[Remainder of Page Intentionally Left Blank]

Dated: July 7, 2015

Signature: _____

Name: Webb M. ("Kip") Sowden, III

Title: Chief Executive Officer