Robert W. Jones
Brent R. McIlwain
Brian Smith
Holland & Knight LLP
200 Crescent Court, Suite 1600
Dallas, TX 75201
(214) 964-9500 Phone
(214) 964-9501 Fax
robert.jones@hklaw.com
brent.mcilwain@hklaw.com
brian.smith@hklaw.com

Proposed Counsel for the Debtors and
Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| RREAF O&G PORTFOLIO #2 LLC. | Case No.    15-70094-rbk |
| Debtor. | Jointly Administered |

**SCHEDULES OF ASSETS AND LIABILITIES**

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS

In re: **RREAF O&G PORTFOLIO #2 LLC**

Case No.    15-70094-rbk
Chapter     11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Rep
the total from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A a
B to determine the total amount of the debtor's assets. Add the amounts from Schedule D, E, and F
determine the total amount of the debtor's liabilitie

|   | | Attached (Yes/No) | No. Of Sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|---|
| A. | Real Property | Yes | | $ 50,100,000.00 | | |
| B. | Personal Property | Yes | | $4,771,293 | | |
| C. | Property Claimed as Exempt | No | | | | |
| D. | Creditors Holding Secured Claims | Yes | | | $39,118,351 | |
| E. | Creditors Holding Unsecured Priority Claims | Yes | | | $ 302,815.36 | |
| F. | Creditors Holding Unsecured Non-Priority Claims | Yes | | | $ 567,060.33 | |
| G. | Executory Contracts and Unexpired Leases | Yes | | | | |
| H. | Co-Debtors | No | | | | |
| I. | Current Income of Debtor | | | | | |
| J. | Current Expenditures of Debtor | | | | | |
| | Total No. of Sheets of ALL Schedule: | | 0 | | | |
| | Total Assets | | | $ 54,871,292.56 | | |
| | | Total Liabilities | | | $39,988,227 | |

In Re: RREAF O S PORTFOLIO #2 LLC                                    Case No. 15-70094-rbk

## Schedule A - Real Property

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION* | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Oakwood Suites Hotel Andrews 601 South Main, Andrews TX 79714 TX | Owner | NA | $7,100,000 | See below |
| Best Western Cuero 308 Park Heights, Cuero TX  77954 TX | Owner | NA | $8,700,000 | See below |
| LaQuinta Inn Hobbs  3312 North Lovington Hwy, Hobbs NM 88240 NM | Owner | NA | $7,000,000 | See below |
| Country Inn & Suites Midland 920 West Interstate 20, Midlant Tx 79701 TX | Owner | NA | $7,300,000 | See below |
| Holiday Inn Express Pearsall 412 Interstate 35, Pearsall TX  78061 TX | Owner | NA | $8,100,000 | See below |
| Comfort Suites Pecos 110 Raul Florez Blvd, Peco Tx  79722 TX | Owner | NA | $6,700,000 | See below |
| LaQuinta Inn Port Arthur 7540 Memorial Blvd, Port Arthur Tx  77640 TX | Owner | NA | $5,200,000 | See below |
| Combined amount of allegedsecured claim: | | | | $39,118,351  ** |
| **Total** | | | $50,100,000 | $39,118,351 |

*Note: Property values incorporate the value of furniture and fixtures identified on Schedule B-28.

** Note, Spectrum Origination LLC ("Spectrum") has asserted that each of the Debtor's properties secures the Debtor's obligations to Spectrum under a Loan Agreement dated on or about April 30, 2014 (the "Loan Agreement").  Because the Loan Agreement does not allocate indebtedness to any individual property, this schedule does not allocate any Loan Agreement obligations at the property level.

**Schedule B - Personal Property**

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C-Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name See, 11 U.S.C. 1112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1 Cash on hand. | | Petty cash on hand divided over the seven locations | | $10,500 |
| 2 Checking, savings, or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | See Schedule B-2 | | $1,896,994 |
| 3 Security deposits with public utilities, telephone companies, landlords and others. | | See Schedule B-3 | | $59,011 |
| 4 Household goods and furnishings, including audio, video and computer equipment. | X | None | | |
| 5 Books, pictures, and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles | X | None | | |
| 6 Wearing apparel. | X | None | | |
| 7 Furs and jewelry. | X | None | | |
| 8 Firearms and sports, photographic, and other hobby equipment. | X | None | | |
| 9 Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | None | | |
| 10 Annuities. Itemize and name each issuer. | X | None | | |

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11 Interests in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1).  Give particulars.  (File separate the record(s) of any such interest(s).  11 U.S.C. 521(c).) | X | None | | |
| 12 Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | None | | |
| 13 Stock and interests in incorporated and unincorporated businesses. Itemize. | X | None | | |
| 14 Interests in partnerships or joint ventures. Itemize. | X | None | | |
| 15 Government and corporate bonds and other negotiable and non-negotiable instruments. | X | None | | |
| 16 Accounts receivable. | | See Schedule B-16 | | $494,314 |
| 17 Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | None | | |
| 18 Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | None | | |
| 19 Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | None | | |
| 20 Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | None | | |
| 21 Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | See Schedule B-21 | | Unliquidated |
| 22 Patents, copyrights, and other intellectual property. Give particulars. | X | None | | |
| 23 Licenses, franchises, and other general intangibles. Give particulars. | | See Schedule B-23 | | Unliquidated |
| 24 Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. 101 (41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family or household purposes. | X | None | | |
| 25 Automobiles, trucks, trailers, and other vehicles and accessories. | X | None | | |

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 26 Boats, motors, and accessories. | X | None | | |
| 27 Aircraft and accessories. | X | None | | |
| 28 Office equipment, furnishings and supplies. | | See Schedule B-28 | | $2,310,474 |
| 29 Machinery, fixtures, equipment and supplies used in business. | X | None | | |
| 30 Inventory. | X | None | | |
| 31 Animals. | X | None | | |
| 32 Crops-growing or harvested. Give particulars. | X | None | | |
| 33 Farming equipment and implements. | X | None | | |
| 34 Farm supplies, chemicals, and feed. | X | None | | |
| 35 Other personal property of any kind not already listed. Itemize. | X | None | | |
| **Total** | | | | $4,771,293 |

## SCHEDULE B-2 - PERSONAL PROPERTY
Bank Accounts

| Name | ADDRESS2 | City, State Zip | Account Type | Balance | |
|---|---|---|---|---|---|
| Wells Fargo | P. O. Box 63020 | San Francisco, CA 94163 | Depository | $ | 331,243.05 |
| Transpecas Bank | 115 W. Third Street | Pecos, TX 79772 | Depository | $ | 137,378.16 |
| Jourdanton State Bank | 1301 Oak Street | Jourdanton, TX 78026 | Depository | $ | 83,941.99 |
| Commerical State Bank | 407 Big Spring | Midland, TX 79701 | Depository | $ | 106,357.81 |
| Wells Fargo | P. O. Box 63020 | San Francisco, CA 94163 | Cash Management | $ | 1,085,961.09 |
| Chase | P. O. Box 659754 | San Antonio, TX 78265-9754 | Operating | $ | 152,111.88 |
| | | | | | |

|  |  |  | Total | $ | 1,896,993.98 |
|---|---|---|---|---|---|

B-2

## SCHEDULE B-3 - PERSONAL PROPERTY
Security Deposits

| Deposit Beneficiary | Deposit Description | Deposit Amount |
|---|---|---|
| Andrews Oakwood Inn Reliant Electric | Utility Deposit | $ 425.00 |
| Andrews Oakwood Inn City of Andrews | Utility Deposit | $ 1,005.00 |
| Andrews Oakwood Inn Texas Gas Service | Utility Deposit | $ 1,260.00 |
| Cuero Best Western Texas Gas Service | Utility Deposit | $ 250.00 |
| Cuero Best Western City of Cuero | Utility Deposit | $ 18,000.00 |
| Hobbs LaQuinta Xcel Energy | Utility Deposit | $ 5,282.00 |
| Midland County Inn Atmos Energy | Utility Deposit | $ 1,085.00 |
| Midland County Inn TXU energy | Utility Deposit | $ 6,579.00 |
| Midland County Inn City of Midland | Utility Deposit | $ 3,160.00 |
| Pecos Comfort Inn Texas Gas | Utility Deposit | $ 1,345.00 |
| Port Arthur LaQuinta Texas Gas Service | Utility Deposit | $ 250.00 |
| Port Arthur LaQuinta City of Port Arthur | Utility Deposit | $ 3,500.00 |
| Port Arthur LaQuinta Entergy | Utility Deposit | $ 6,040.00 |
| Pearsall Holiday Inn Express Medina Electric | Utility Deposit | $ 9,800.00 |
| Pearsall Holiday Inn Express City of Pearsall | Utility Deposit | $ 1,030.00 |
|  |  |  |
|  |  |  |

Subtotal:

**Net Outstanding Deposit Total:** $ 59,011.00

### SCHEDULE B-16 - PERSONAL PROPERTY
Accounts Receivable - Itemize

| Debtor | Description of Accounts Receivable | Net Book Value |
|---|---|---|
| Andrews | Guest Ledger | $ 24,642.10 |
|  | City Ledger | $ 39,459.30 |
|  |  |  |
| Cuero | Guest Ledger | $ 11,140.29 |
|  | City Ledger | $ 609.83 |
|  |  |  |
| Hobbs LQ | Guest Ledger | $ 10,029.35 |
|  | City Ledger | $ 46,367.99 |
|  |  |  |
| Midland CIS | Guest Ledger | $ 13,647.26 |
|  | City Ledger | $ 121,944.05 |
|  |  |  |
| Pearsall | Guest Ledger | $ 17,939.98 |
|  | City Ledger | $ 20,882.26 |
|  |  |  |
| Pecos | Guest Ledger | 24,563.35 |
|  | City Ledger | 42,677.43 |
|  |  |  |
| Port Arthur | Guest Ledger | $ 14,765.50 |
|  | City Ledger | $ 105,645.23 |
|  |  |  |
|  |  |  |
|  | **Total** | **$ 494,313.92** |

**In Re: RREAF O G PORTFOLIO #2 LLC** **Case No. 15-70094-rbk**

## SCHEDULE B-21 - OTHER CONTINGENT AND NONCONTINGENT CLAIMS

Other contingent and noncontingent claims

| Description of Claim | Net Value |
|---|---|
| Claims and causes of action against Spectrum Origination LLC, its affiliates, and its representatives. | Unliquidated |
|  |  |

## SCHEDULE B-23 - LICENSES, FRANCHISES, AND OTHER GENERAL INGANTIBLES.

| Asset Description | Value |
|---|---|
| Best Western Franchise, Cuero, TX | Unliquidated |
| Comfort Suites Franchise, Pecos, TX | Unliquidated |
| Country Inn Franchise, Midland, TX | Unliquidated |
| Holiday Inn Express Franchise - Pearsall, TX | Unliquidated |
| La Quinta Franchise - Port Arthur, TX | Unliquidated |
| La Quinta Franchise - Hobbs, NM | Unliquidated |

**In Re: RREAF O G PORTFOLIO #2 LLC**                    **Case No. 15-70094-rbk**

## SCHEDULE B-28 - OFFICE EQUIPMENT
Office equipment, furnishings, and supplies

| Equipment Description | Value |
|---|---|
| **FF&E per asset** | |
| Oakwood Inn - Andrews | $ 307,520.00 |
| Best Western - Cuero | $ 381,108.59 |
| LaQuinta Inn - Hobbs | $ 332,440.78 |
| Country Inn & Suites - Midland | $ 327,360.00 |
| Holiday Inn Exp - Pearsall | $ 367,040.00 |
| Comfort Suites - Pecos | $ 283,514.13 |
| LaQuinta - Port Arthur | $ 311,490.16 |
| | $ 2,310,473.66 |

**In Re: RREAF O G PORTFOLIO #2 LLC**                                                **Case No. 15-70094-rbk**

# Schedule D - Creditors Holding Secured Claims

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the Trustee and creditor and maybe provided if the debtor choses to do so. List creditors holding all types of secured interests such as judgement liens, garnishments, statuatory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practible. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. 112 and Fed. R. Bankr. P. 1007(m If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X' in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition in filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns).

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule D in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

[ ] Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | HWJC | Date Claim was Incurred, Nature of Lien and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|---|
| SPECTRUM ORIGINATION LLC 1250 Broadway, 19th Floor New York, New York 10001 | | | 4/30/2014 | X | X | X | $    39,118,351.00 | |
| | | | | | | | | |

Total: $    **39,118,351.00**

## Schedule E - Creditors Holding Unsecured Priority Claims

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. 112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns).

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts not entitled to priority listed on each sheet in the bos labeled "subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule.

[ ] Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (check the appropriate box(es) below if claims in that category are included in the attached sheets.

[ ] Domestic Support Obligations

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. 507(a)(1)

[ ] Extensions of credit in an involuntary case

Claims arising in the ordinary course of the debtor's business of official affairs after the commencement of the case but before the earlier appointment of a trustee of the order for relief. 11 U.S.C. § 507 (a)(3).

[ ] Wages, salaries, and commissions

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $11,725 per employee, earned within 180 days immediately preceding tl filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(4).

[ ] Contributions to employee benefit plans

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the

extent provided in 11 U.S.C. § 507 (a)(5).

[ ] Certain farmers and fishermen

Claims of certain farmers or fishermen, up to a maximum of $6,150 per farmer or fishermen, against the debtor, as provided in 11 U.S.C. § 507 (a)(6).

## Schedule E - Creditors Holding Unsecured Priority Claims

[ ] Gift certificates and Deposits by individuals

Claims of individuals up to a maximum of $2,775 for deposits for the purchase, lease, or rental of property or services for personal family or household use, that were not delivered or provided. 11 U.S.C. § 507 (a)(7).

[X ] Taxes and Certain Other Debts Owed to Governmental Units

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507 (a)(8).

[ ] Commitments to Maintain the Capital of an Insured Depository Institution

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

[ ] Personal Injury Claims

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. 507(a)(10).

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | HWJC | Date Claim was Incurred and Consideration for Claim | Contingent | Disputed | Unliquidated | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|---|
| TX Comptroller of public accounts PO Box 149356 Austin, TX | | | 5/31/2015 | X | | X | $ 51,628.64 | Unknown |
| NM Dept of Revenue PO Box 25128 Santa Fe, NM 87504-5128 | | | 5/31/2015 | X | | X | $ 6,046.83 | Unknown |
| TX Comptroller of public accounts PO Box 149356 Austin, TX | | | 6/30/2015 | X | | X | $ 52,941.73 | Unknown |
| NM Dept of Revenue PO Box 25128 Santa Fe, NM 87504-5128 | | | 6/30/2015 | X | | X | $ 6,046.83 | Unknown |
| City of Andrews 111 Logdson Andrews, TX 79714 | | | 5/31/2015 | X | | X | $ 6,931.42 | Unknown |
| City of Hobbs 200 E. Broadway Hobbs, TX 88240 | | | 5/31/2015 | X | | X | $ 7,338.21 | Unknown |
| Town of Pecos ATTN: Financi Director PO Box 929 Pecos, TX 79772 | | | 5/31/2015 | X | | X | $ 14,805.68 | Unknown |

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | HWJC | Date Claim was Incurred and Consideration for Claim | Contingent | Disputed | Uniquidated | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|---|
| Jefferson County POB 2112 Beaumont TX 77704 | | | 5/31/2015 | X | | X | $ 3,051.32 | Unknown |
| Muni Services LLC ATTN: TX Hotel Occupancy Tax PO Box 830725 Birmingham, AL 35283-0725 | | | 5/31/2015 | X | | X | $ 10,691.95 | Unknown |
| Kathy Reeves Midland County Attn: Manny Natividad 2110 North A, #111 Midland, TX 79705 | | | 6/30/2015 | X | | X | $ 4,351.48 | Unknown |
| Reeves County Reeves County Treasurer 100 E. 4th St, Ste 102 Pecos, TX 79772 | | | 6/30/2015 | X | | X | $ 12,748.25 | Unknown |
| Jefferson County Jefferson County Tax Office PO Box 2112 Beaumont, TX 77704 | | | 6/30/2015 | X | | X | $ 2,235.72 | Unknown |
| City of Andrews 111 Logdson Andrews, TX 79714 | | | 6/30/2015 | X | | X | $ 10,440.97 | Unknown |
| City of Cuero PO Box 660 Cuero, TX 77954 | | | 6/30/2015 | X | | X | $ 23,325.38 | Unknown |
| City of Hobbs 200 E. Broadway Hobbs, TX 88240 | | | 6/30/2015 | X | | X | $ 6,671.10 | Unknown |
| Town of Midland PO Box 1152 Midland, TX 79702-1152 | | | 6/30/2015 | X | | X | $ 30,402.35 | Unknown |
| City of Pearsal 215 S. Ash St Pearsall, TX 78061 | | | 6/30/2015 | X | | X | $ 28,143.05 | Unknown |
| Town of Pecos ATTN: Financi Director PO Box 929 Pecos, TX 79772 | | | 6/30/2015 | X | | X | $ 16,761.42 | Unknown |
| Muni Services LLC ATTN: TX Hotel Occupancy Tax PO Box 830725 Birmingham, AL 35283-0725 | | | 6/30/2015 | X | | X | $ 8,253.03 | Unknown |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | Total: | $ 302,815.36 | ▮▮▮▮▮ |
| | | | | | | Total: | ▮▮▮▮▮ | Unknown |

Sched E

In Re: RREAF O G PORTFOLIO #2 LLC                                          Case No. 15-70094-rbk

# Schedule F - Creditors Holding Unsecured Nonpriority Claims

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns).

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule D in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

[ ] Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name and Mailing Address Including Zip Code* | Codebtor | HWJC | Date Claim was incurred and Consideration for claim, claim is subject to setoff, so state | Contingent | Unliquidated | Disputed | Amount of Claim* |
|---|---|---|---|---|---|---|---|
| 1st FP Services LLC 12018 Warfield San Antonio, TX  78216 | | | 5/1/2015 | | | | $      828.11 |
| A-1 Pro Steam, Inc. POB 822 401 North Grimes Hobbs, NM  88240 | | | 4/14/2015 | | | | $    1,009.38 |
| A-1 Pro Steam, Inc. POB 822 401 North Grimes Hobbs, NM  88240 | | | 5/21/2015 | | | | $    1,068.77 |
| A-1 Pro Steam, Inc. POB 822 401 North Grimes Hobbs, NM  88240 | | | 6/9/2015 | | | | $    1,025.40 |
| Accurate Water Inc. 9701 North Navarro Ste C  Victoria, TX  77904 | | | 4/8/2015 | | | | $        59.35 |
| ACR Heating & Air Conditioning 1003 Broadmoor  Victoria, TX  77904 | | | 5/23/2015 | | | | $      238.15 |
| ACR Heating & Air Conditioning 1003 Broadmoor  Victoria, TX  77904 | | | 6/23/2015 | | | | $      395.38 |
| Americhek, Inc. 27001 La Paz Road Suite 300-A Mission Viejo, CA  92691 | | | 4/30/2015 | | | | $        60.00 |
| Americhek, Inc. 27001 La Paz Road Suite 300-A Mission Viejo, CA  92691 | | | 4/30/2015 | | | | $      125.00 |
| Americhek, Inc. 27001 La Paz Road Suite 300-A Mission Viejo, CA  92691 | | | 4/30/2015 | | | | $        40.00 |
| Americhek, Inc. 27001 La Paz Road Suite 300-A Mission Viejo, CA  92691 | | | 5/31/2015 | | | | $      242.50 |
| Americhek, Inc. 27001 La Paz Road Suite 300-A Mission Viejo, CA  92691 | | | 5/31/2015 | | | | $      300.00 |
| Americhek, Inc. 27001 La Paz Road Suite 300-A Mission Viejo, CA  92691 | | | 5/31/2015 | | | | $        80.00 |
| Americhek, Inc. 27001 La Paz Road Suite 300-A Mission Viejo, CA  92691 | | | 5/31/2015 | | | | $        60.00 |

| Creditor's Name and Mailing Address Including Zip Code* | Codebtor | HWJC | Date Claim was incurred and Consideration for claim, claim is subject to setoff, so state | Contingent | Unliquidate | Disputed | Amount of Claim* |
|---|---|---|---|---|---|---|---|
| Americhek, Inc. 27001 La Paz Road Suite 300-A Mission Viejo, CA 92691 | | | 5/31/2015 | | | | $ 60.00 |
| AON Inc. 7322 Southwest Freeway #1988 Houston, TX 77074 | | | 6/1/2015 | | | | $ 512.13 |
| Arbor Care, Inc. POB 128 Hobbs, NB 88241 | | | 5/1/2015 | | | | $ 694.28 |
| Arbor Care, Inc. POB 128 Hobbs, NB 88241 | | | 5/11/2015 | | | | $ 187.46 |
| Arbor Care, Inc. POB 128 Hobbs, NB 88241 | | | 5/18/2015 | | | | $ 1,403.52 |
| Arbor Care, Inc. POB 128 Hobbs, NB 88241 | | | 5/20/2015 | | | | $ 816.05 |
| ASAP Electric Laundry Equip POB 9700 Midland, TX 79708 | | | 4/21/2015 | | | | $ 364.68 |
| ASG Security PO Box 650837 Dallas, TX 75265-0837 | | | 5/1/2015 | | | | $ 88.04 |
| Assa Abloy Enterance Systems US INC PO Box 827375 Philadelphia, PA 19182-7375 | | | 5/8/2015 | | | | $ 259.61 |
| Baymont Inn (751) - PETTY CASH 8107 NE Zac Lentz Pkwy Victoria, TX 77904 | | | 5/28/2015 | | | | $ 208.33 |
| Best Western International 6201 North 24th Parkway, Phoenix, AZ 85016 | | | 6/1/2015 | | | | $ 9,569.87 |
| Bizzell, Neff & Galloway PA POB 12346 Pensacola, FL 32591 | | | 4/30/2015 | | | | $ 29.28 |
| Bizzell, Neff & Galloway PA POB 12346 Pensacola, FL 32591 | | | 4/30/2015 | | | | $ 29.28 |
| Bizzell, Neff & Galloway PA POB 12346 Pensacola, FL 32591 | | | 4/30/2015 | | | | $ 29.28 |
| Bizzell, Neff & Galloway PA POB 12346 Pensacola, FL 32591 | | | 4/30/2015 | | | | $ 29.29 |
| Bizzell, Neff & Galloway PA POB 12346 Pensacola, FL 32591 | | | 4/30/2015 | | | | $ 29.29 |
| Bizzell, Neff & Galloway PA POB 12346 Pensacola, FL 32591 | | | 4/30/2015 | | | | $ 29.29 |
| Bizzell, Neff & Galloway PA POB 12346 Pensacola, FL 32591 | | | 4/30/2015 | | | | $ 29.29 |
| Bizzell, Neff & Galloway PA POB 12346 Pensacola, FL 32591 | | | 4/30/2015 | | | | $ 379.28 |
| Bizzell, Neff & Galloway PA POB 12346 Pensacola, FL 32591 | | | 4/30/2015 | | | | $ 379.28 |
| Bizzell, Neff & Galloway PA POB 12346 Pensacola, FL 32591 | | | 4/30/2015 | | | | $ 379.28 |
| Bizzell, Neff & Galloway PA POB 12346 Pensacola, FL 32591 | | | 4/30/2015 | | | | $ 379.29 |
| Bizzell, Neff & Galloway PA POB 12346 Pensacola, FL 32591 | | | 4/30/2015 | | | | $ 379.29 |
| Bizzell, Neff & Galloway PA POB 12346 Pensacola, FL 32591 | | | 4/30/2015 | | | | $ 379.29 |
| Bizzell, Neff & Galloway PA POB 12346 Pensacola, FL 32591 | | | 4/30/2015 | | | | $ 379.29 |
| Bizzell, Neff & Galloway PA POB 12346 Pensacola, FL 32591 | | | 4/30/2015 | | | | $ 1,207.86 |
| Bizzell, Neff & Galloway PA POB 12346 Pensacola, FL 32591 | | | 4/30/2015 | | | | $ 1,207.86 |
| Bizzell, Neff & Galloway PA POB 12346 Pensacola, FL 32591 | | | 4/30/2015 | | | | $ 1,207.86 |
| Bizzell, Neff & Galloway PA POB 12346 Pensacola, FL 32591 | | | 4/30/2015 | | | | $ 1,207.86 |

| Creditor's Name and Mailing Address Including Zip Code* | Codebtor | HWJC | Date Claim was incurred and Consideration for claim, claim is subject to setoff, so state | Contingent | Unliquidate | Disputed | Amount of Claim* |
|---|---|---|---|---|---|---|---|
| Bizzell, Neff & Galloway PA POB 12346 Pensacola, FL 32591 | | | 4/30/2015 | | | | $ 1,207.86 |
| Bizzell, Neff & Galloway PA POB 12346 Pensacola, FL 32591 | | | 4/30/2015 | | | | $ 1,207.85 |
| Bizzell, Neff & Galloway PA POB 12346 Pensacola, FL 32591 | | | 4/30/2015 | | | | $ 1,207.85 |
| Blink Eye Production PO Box 15765 Cincinnati, OH 75215 | | | 4/30/2015 | | | | $ 39.00 |
| CERIDIAN CORPORATION PO Box 10989 NEWARK, NJ 07193-0989 | | | 6/24/2015 | | | | $ 176.55 |
| Certified Air Conditioning 907 N Grimes Hobbs, NM 88240 | | | 4/27/2015 | | | | $ 926.60 |
| Certified Air Conditioning 907 N Grimes Hobbs, NM 88240 | | | 4/27/2015 | | | | $ 334.38 |
| Certified Air Conditioning 907 N Grimes Hobbs, NM 88240 | | | 4/28/2015 | | | | $ 786.45 |
| Chamber of Commerce Map Proj 7766 Ewing Blvd, Ste 200 Florence, KY 41042 | | | 5/1/2015 | | | | $ 399.00 |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX 75093 | | | 3/3/2015 | | | | 9,580.80 |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX 75093 | | | 3/3/2015 | | | | 6,002.57 |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX 75093 | | | 3/31/2015 | | | | 941.00 |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX 75093 | | | 4/2/2015 | | | | 9,602.77 |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX 75093 | | | 4/2/2015 | | | | 7,656.69 |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX 75093 | | | 4/2/2015 | | | | 6,745.14 |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX 75093 | | | 4/2/2015 | | | | 6,174.29 |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX 75093 | | | 4/2/2015 | | | | 7,436.28 |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX 75093 | | | 4/6/2015 | | | | 19.40 |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX 75093 | | | 4/6/2015 | | | | 14.99 |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX 75093 | | | 4/6/2015 | | | | 12.35 |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX 75093 | | | 4/6/2015 | | | | 18.96 |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX 75093 | | | 4/6/2015 | | | | 18.52 |

| Creditor's Name and Mailing Address Including Zip Code* | Codebtor | HWJC | Date Claim was incurred and Consideration for claim, claim is subject to setoff, so state | Contingent | Unliquidated | Disputed | Amount of Claim* |
|---|---|---|---|---|---|---|---|
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX 75093 | | | 4/6/2015 | | | | 18.08 |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX 75093 | | | 4/6/2015 | | | | 16.32 |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX 75093 | | | 4/30/2015 | | | | 819.00 |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX 75093 | | | 4/30/2015 | | | | 941.00 |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX 75093 | | | 4/30/2015 | | | | 770.00 |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX 75093 | | | 5/4/2015 | | | | 5,637.89 |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX 75093 | | | 5/4/2015 | | | | 8,651.61 |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX 75093 | | | 5/4/2015 | | | | 6,271.54 |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX 75093 | | | 5/4/2015 | | | | 6,791.84 |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX 75093 | | | 5/4/2015 | | | | 5,836.09 |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX 75093 | | | 5/4/2015 | | | | 6,274.08 |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX 75093 | | | 5/4/2015 | | | | 5,919.96 |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX 75093 | | | 5/6/2015 | | | | 15.88 |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX 75093 | | | 5/6/2015 | | | | 14.11 |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX 75093 | | | 5/6/2015 | | | | 10.58 |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX 75093 | | | 5/6/2015 | | | | 19.40 |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX 75093 | | | 5/6/2015 | | | | 18.08 |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX 75093 | | | 5/6/2015 | | | | 19.40 |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX 75093 | | | 5/6/2015 | | | | 11.03 |

| Creditor's Name and Mailing Address Including Zip Code* | Codebtor | HWJC | Date Claim was incurred and Consideration for claim, claim is subject to setoff, so state | Contingent | Uniliquidate | Disputed | Amount of Claim* |
|---|---|---|---|---|---|---|---|
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX 75093 | | | 6/2/2015 | | | | 5,834.98 |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX 75093 | | | 6/2/2015 | | | | 8,264.93 |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX 75093 | | | 6/2/2015 | | | | 6,582.13 |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX 75093 | | | 6/2/2015 | | | | 6,444.00 |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX 75093 | | | 6/2/2015 | | | | 6,787.47 |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX 75093 | | | 6/2/2015 | | | | 6,252.66 |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX 75093 | | | 6/2/2015 | | | | 6,038.66 |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX 75093 | | | 6/15/2015 | | | | 883.00 |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX 75093 | | | 6/15/2015 | | | | 819.00 |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX 75093 | | | 6/15/2015 | | | | 870.00 |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX 75093 | | | 6/15/2015 | | | | 941.00 |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX 75093 | | | 6/15/2015 | | | | 770.00 |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX 75093 | | | 6/15/2015 | | | | 834.00 |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX 75093 | | | 6/15/2015 | | | | 822.00 |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX 75093 | | | 6/26/2015 | | | | 2,250.00 |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX 75093 | | | 6/26/2015 | | | | 2,250.00 |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX 75093 | | | 6/26/2015 | | | | 2,250.00 |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX 75093 | | | 6/26/2015 | | | | 2,250.00 |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX 75093 | | | 6/26/2015 | | | | 2,250.00 |

| Creditor's Name and Mailing Address Including Zip Code* | Codebtor | HWJC | Date Claim was incurred and Consideration for claim, claim is subject to setoff, so state | Contingent | Unliquidate | Disputed | Amount of Claim* |
|---|---|---|---|---|---|---|---|
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX 75093 | | | 6/26/2015 | | | | 2,250.00 |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX 75093 | | | 6/26/2015 | | | | 2,250.00 |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX 75093 | | | 7/2/2015 | | | | 3,318.62 |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX 75093 | | | 7/2/2015 | | | | 6,855.51 |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX 75093 | | | 7/2/2015 | | | | 4,897.29 |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX 75093 | | | 7/2/2015 | | | | 4,550.46 |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX 75093 | | | 7/2/2015 | | | | 3,662.29 |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX 75093 | | | 7/2/2015 | | | | 4,383.16 |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX 75093 | | | 7/2/2015 | | | | 4,422.09 |
| Choice Hotels International 1 Choice Hotels Circle #400, Rockville, MD 20850 | | | 4/2/2015 | | | | 467.52 |
| Choice Hotels International 1 Choice Hotels Circle #400, Rockville, MD 20850 | | | 4/23/2015 | | | | 1,227.72 |
| Choice Hotels International 1 Choice Hotels Circle #400, Rockville, MD 20850 | | | 5/7/2015 | | | | 2,211.97 |
| Choice Hotels International 1 Choice Hotels Circle #400, Rockville, MD 20850 | | | 5/14/2015 | | | | 240.36 |
| Choice Hotels International 1 Choice Hotels Circle #400, Rockville, MD 20850 | | | 5/21/2015 | | | | 258.48 |
| Choice Hotels International 1 Choice Hotels Circle #400, Rockville, MD 20850 | | | 6/4/2015 | | | | 406.50 |
| Choice Hotels International 1 Choice Hotels Circle #400, Rockville, MD 20850 | | | 4/15/2015 | | | | 27,122.48 |
| Choice Hotels International 1 Choice Hotels Circle #400, Rockville, MD 20850 | | | 5/13/2015 | | | | 27,350.99 |
| Choice Hotels International 1 Choice Hotels Circle #400, Rockville, MD 20850 | | | 5/21/2015 | | | | 258.48 |
| Choice Hotels International 1 Choice Hotels Circle #400, Rockville, MD 20850 | | | 6/12/2015 | | | | 29,627.60 |
| Choice Hotels International 1 Choice Hotels Circle #400, Rockville, MD 20850 | | | 6/25/2015 | | | | 109.91 |
| Clifford Electric, Inc. POB 5090  Hobbs, NM  88241 | | | 4/28/2015 | | | | $     1,554.19 |
| Coast To Coast Computer Produc 4277 Valley Fair St  Simi Valley, CA  93063 | | | 5/7/2015 | | | | $        473.86 |
| Coast To Coast Computer Produc 4277 Valley Fair St  Simi Valley, CA  93063 | | | 5/18/2015 | | | | $        125.98 |

| Creditor's Name and Mailing Address Including Zip Code* | Codebtor | HWJC | Date Claim was incurred and Consideration for claim, claim is subject to setoff, so state | Contingent | Unliquidate | Disputed | Amount of Claim* |
|---|---|---|---|---|---|---|---|
| Coast To Coast Computer Produc 4277 Valley Fair St  Simi Valley, CA  93063 | | | 5/18/2015 | | | | $         347.88 |
| Coast To Coast Computer Produc 4277 Valley Fair St  Simi Valley, CA  93063 | | | 5/21/2015 | | | | $         377.94 |
| ColFin JIH AHI OPCO LLC | | | 5/20/2015 | | | | 1,533.14 |
| ColFin JIH AHI OPCO LLC | | | 5/26/2015 | | | | 12.50 |
| ColFin JIH AHI OPCO LLC | | | 5/26/2015 | | | | 12.50 |
| ColFin JIH AHI OPCO LLC | | | 6/3/2015 | | | | 12.50 |
| ColFin JIH AHI OPCO LLC | | | 6/5/2015 | | | | 145.13 |
| ColFin JIH AHI OPCO LLC | | | 6/5/2015 | | | | 145.13 |
| ColFin JIH AHI OPCO LLC | | | 6/24/2015 | | | | 12.50 |
| ColFin JIH AHI OPCO LLC | | | 7/1/2015 | | | | 12.50 |
| Country Inn & Suites by Carlson 701 Carlson Parkway  Minnetonka, MN  55305 | | | 4/9/2015 | | | | 2,156.50 |
| Country Inn & Suites by Carlson 701 Carlson Parkway  Minnetonka, MN  55305 | | | 4/9/2015 | | | | 13,824.74 |
| Country Inn & Suites by Carlson 701 Carlson Parkway  Minnetonka, MN  55305 | | | 4/11/2015 | | | | 784.81 |
| Country Inn & Suites by Carlson 701 Carlson Parkway  Minnetonka, MN  55305 | | | 4/15/2015 | | | | 200.00 |
| Country Inn & Suites by Carlson 701 Carlson Parkway  Minnetonka, MN  55305 | | | 4/20/2015 | | | | 283.30 |
| Country Inn & Suites by Carlson 701 Carlson Parkway  Minnetonka, MN  55305 | | | 5/4/2015 | | | | 546.08 |
| Country Inn & Suites by Carlson 701 Carlson Parkway  Minnetonka, MN  55305 | | | 5/4/2015 | | | | 546.08 |
| Country Inn & Suites by Carlson 701 Carlson Parkway  Minnetonka, MN  55305 | | | 5/8/2015 | | | | 1,921.10 |
| Country Inn & Suites by Carlson 701 Carlson Parkway  Minnetonka, MN  55305 | | | 5/8/2015 | | | | 10,369.60 |
| Country Inn & Suites by Carlson 701 Carlson Parkway  Minnetonka, MN  55305 | | | 5/9/2015 | | | | 386.74 |
| Country Inn & Suites by Carlson 701 Carlson Parkway  Minnetonka, MN  55305 | | | 5/11/2015 | | | | 561.73 |
| Country Inn & Suites by Carlson 701 Carlson Parkway  Minnetonka, MN  55305 | | | 5/11/2015 | | | | 37.89 |
| Country Inn & Suites by Carlson 701 Carlson Parkway  Minnetonka, MN  55305 | | | 5/12/2015 | | | | 2,382.06 |
| Country Inn & Suites by Carlson 701 Carlson Parkway  Minnetonka, MN  55305 | | | 5/12/2015 | | | | 2,382.06 |
| Country Inn & Suites by Carlson 701 Carlson Parkway  Minnetonka, MN  55305 | | | 5/13/2015 | | | | 300.00 |
| Country Inn & Suites by Carlson 701 Carlson Parkway  Minnetonka, MN  55305 | | | 5/20/2015 | | | | 96.24 |
| Country Inn & Suites by Carlson 701 Carlson Parkway  Minnetonka, MN  55305 | | | 5/27/2015 | | | | 683.38 |
| Country Inn & Suites by Carlson 701 Carlson Parkway  Minnetonka, MN  55305 | | | 5/27/2015 | | | | 261.28 |
| Creative Breakfast Concepts 1401 South Leavitt Avenue  Orange City, FL  32763 | | | 5/11/2015 | | | | $         620.21 |
| Delta Lighting Products Inc 2570 Metropolitan Drive  Trevose, PA  19053 | | | 4/24/2015 | | | | $         280.69 |
| D-Tyle Electric POB 528 107 E Prairie Cuero, TX  77954-0528 | | | 5/20/2015 | | | | $       2,336.00 |
| Dykema Gossett PLLC 400 Renaissance Center  Detroit, MI  48243 | | | 5/8/2015 | | | | $       5,045.50 |
| Edge Landscaping 708 Quail Creek Drive Victoria, TX  77905 | | | 5/1/2015 | | | | $         920.13 |

In Re: RREAF O G PORTFOLIO #2 LLC                                                              Case No. 15-70094-rbk

| Creditor's Name and Mailing Address Including Zip Code* | Codebtor | HWJC | Date Claim was incurred and Consideration for claim, claim is subject to setoff, so state | Contingent | Unliquidate | Disputed | Amount of Claim* |
|---|---|---|---|---|---|---|---|
| Edge Landscaping 708 Quail Creek Drive Victoria, TX  77905 | | | 5/15/2015 | | | | $        2,106.48 |
| Edge Landscaping 708 Quail Creek Drive Victoria, TX  77905 | | | 6/15/2015 | | | | $        2,461.17 |
| EL Irrigation and Landscaping 1875 Forsythe   Beaumont, TX  77701 | | | 5/6/2015 | | | | $           514.19 |
| EL Irrigation and Landscaping 1875 Forsythe   Beaumont, TX  77701 | | | 6/8/2015 | | | | $           514.19 |
| Enveritas Group Inc POB 5209 Greenville, SC  29606 | | | 1/20/2015 | | | | $        1,147.50 |
| FedEx POB 660481   Dallas, TX  75266-0481 | | | 6/25/2015 | | | | $             14.38 |
| FedEx POB 660481   Dallas, TX  75266-0481 | | | 6/11/2015 | | | | $             30.71 |
| Garcia's Laundry Equipment Svs 947 Glamis Ave   San Antonio, TX  78223 | | | 5/12/2015 | | | | $           553.53 |
| H2O to Go POB 694   Hobbs, NM  88241-0694 | | | 5/18/2015 | | | | $             26.44 |
| H2O to Go POB 694   Hobbs, NM  88241-0694 | | | 6/1/2015 | | | | $             15.86 |
| Hobbs Chamber of Commerce 400 N. Marland Blvd.   Hobbs, NM  88240 | | | 6/1/2015 | | | | $           330.00 |
| Hobbs News Sun POB 840644   Dallas, TX  75284-0694 | | | 5/31/2015 | | | | $             10.00 |
| Hotelsigns.com P.O. Box 5996 CHATTANOOGA, TN  37406 | | | 4/30/2015 | | | | $        1,359.37 |
| Intercontinental Hotels Group 11580 Great Oaks Way Alpharetta, GA  30022 | | | 5/31/2015 | | | | $      22,053.03 |
| LaQuinta Franchising LLC 909 Hidden Ridge, Suite 600 Irving, TX  75038 | | | 4/6/2015 | | | | 17,428.63 |
| LaQuinta Franchising LLC 909 Hidden Ridge, Suite 600 Irving, TX  75038 | | | 4/6/2015 | | | | 23,294.03 |
| LaQuinta Franchising LLC 909 Hidden Ridge, Suite 600 Irving, TX  75038 | | | 4/30/2015 | | | | 20,589.64 |
| LaQuinta Franchising LLC 909 Hidden Ridge, Suite 600 Irving, TX  75038 | | | 5/6/2015 | | | | 17,576.21 |
| LaQuinta Franchising LLC 909 Hidden Ridge, Suite 600 Irving, TX  75038 | | | 6/4/2015 | | | | 23,913.06 |
| LaQuinta Franchising LLC 909 Hidden Ridge, Suite 600 Irving, TX  75038 | | | 6/4/2015 | | | | 21,481.25 |
| Legend Refrigeration LLC 212 Walnut Grove Rd   Boerne, TX  78006 | | | 5/12/2015 | | | | $           570.00 |
| Lupe Johnson 5210 Albert Ave AMARILLO, TX  79106 | | | 6/3/2015 | | | | $           154.66 |
| Matak General Service 8166 Glenbrook Drive   Beaumont, TX  77705 | | | 5/14/2015 | | | | $           248.98 |
| Medina Electric Cooperative POB 33850 San Antonio, TX  78265-3850 | | | 6/5/2015 | | | | $           125.00 |
| Medina Electric Cooperative POB 33850 San Antonio, TX  78265-3850 | | | 6/5/2015 | | | | $        4,118.52 |
| MHBT Inc. 8144 Walnut Hill Lane, 16th FL Dallas, TX  75231 | | | 6/23/2015 | | | | $      13,407.50 |
| Mr Rooter POB 8010   Lumberton, TX  77657-0512 | | | 6/17/2015 | | | | $           893.06 |
| Mueller Water Conditioning Inc P.O. Box 975118   Dallas, TX  75397-5118 | | | 5/1/2015 | | | | $           300.00 |
| Mustang Lumber Co. 115 South Main Andrews, TX  79714 | | | 5/20/2015 | | | | $             21.61 |

| Creditor's Name and Mailing Address Including Zip Code* | Codebtor | HWJC | Date Claim was incurred and Consideration for claim, claim is subject to setoff, so state | Contingent | Unliquidate | Disputed | Amount of Claim* |
|---|---|---|---|---|---|---|---|
| National Hotel-Motel Assoc 40087 Mission Blvd, Ste 241  Fremont, CA  94539 | | | 5/1/2015 | | | | $       398.50 |
| Neutron Industries, Inc P.O. Box 74188 Cleveland, OH  44194-0268 | | | 6/19/2015 | | | | $       494.35 |
| Newtron Electrical Services POB 608 Nederland, TX  77627 | | | 4/30/2015 | | | | $       148.06 |
| Norm's Janitorial 7310 Pine Haven  San Antonio, TX  78244 | | | 4/22/2015 | | | | $       966.67 |
| Odessa American 222 East 4th Street Odessa, TX  79761-5122 | | | 4/30/2015 | | | | $        62.00 |
| Penguinn Refrigeration Inc POB 11361 Midland, TX  79702 | | | 6/2/2015 | | | | $       665.74 |
| Quickflight 3288 Millwood Trail SE Smyrna, GA  30080 | | | 5/18/2015 | | | | $        76.08 |
| Quickflight 3288 Millwood Trail SE Smyrna, GA  30080 | | | 5/18/2015 | | | | $        76.08 |
| Quickflight 3288 Millwood Trail SE Smyrna, GA  30080 | | | 5/18/2015 | | | | $        76.08 |
| Quickflight 3288 Millwood Trail SE Smyrna, GA  30080 | | | 5/18/2015 | | | | $        76.08 |
| Quickflight 3288 Millwood Trail SE Smyrna, GA  30080 | | | 5/18/2015 | | | | $        76.08 |
| Quickflight 3288 Millwood Trail SE Smyrna, GA  30080 | | | 5/18/2015 | | | | $        76.08 |
| Quickflight 3288 Millwood Trail SE Smyrna, GA  30080 | | | 5/18/2015 | | | | $        76.08 |
| Shepherd & Associates LLC P.O. Box 7368  Canton, OH  44705 | | | 5/4/2015 | | | | $        12.00 |
| Shepherd & Associates LLC P.O. Box 7368  Canton, OH  44705 | | | 5/4/2015 | | | | $        12.00 |
| Shepherd & Associates LLC P.O. Box 7368  Canton, OH  44705 | | | 5/4/2015 | | | | $        12.00 |
| Shepherd & Associates LLC P.O. Box 7368  Canton, OH  44705 | | | 5/4/2015 | | | | $        12.00 |
| Shepherd & Associates LLC P.O. Box 7368  Canton, OH  44705 | | | 5/4/2015 | | | | $        12.00 |
| Shepherd & Associates LLC P.O. Box 7368  Canton, OH  44705 | | | 5/4/2015 | | | | $        12.00 |
| Shepherd & Associates LLC P.O. Box 7368  Canton, OH  44705 | | | 5/4/2015 | | | | $        12.00 |
| Silver Lining Pest Control 11230 West Ave, Ste 2104  San Antonio, TX  78213 | | | 5/29/2015 | | | | $       194.85 |
| Sleep Inn - Hobbs 4630 N. Lovington Hwy Hobbs, NM  88240 | | | 5/20/2015 | | | | $     1,346.16 |
| Sleep Inn - Hobbs 4630 N. Lovington Hwy Hobbs, NM  88240 | | | 5/26/2015 | | | | $       288.46 |
| Sleep Inn - Hobbs 4630 N. Lovington Hwy Hobbs, NM  88240 | | | 5/28/2015 | | | | $     1,346.16 |
| Sleep Inn - Hobbs 4630 N. Lovington Hwy Hobbs, NM  88240 | | | 6/11/2015 | | | | $     1,346.16 |
| Sleep Inn - Hobbs 4630 N. Lovington Hwy Hobbs, NM  88240 | | | 6/25/2015 | | | | $     1,346.16 |
| Sleep Inn Jourdanton 739 BTWN Hotel Reimbursement 739  , | | | 5/28/2015 | | | | $       208.33 |
| Stanley Steemer POB 5054   Victoria, TX 77903-5054 | | | 5/15/2015 | | | | $       876.83 |
| Stove's Service LLC 640 Essex Street San Antonio, TX  78210 | | | 5/12/2015 | | | | $        97.40 |

In Re: RREAF O G PORTFOLIO #2 LLC                                                    Case No. 15-70094-rbk

| Creditor's Name and Mailing Address Including Zip Code* | Codebtor | HWJC | Date Claim was incurred and Consideration for claim, claim is subject to setoff, so state | Contingent | Unliquidate | Disputed | Amount of Claim* |
|---|---|---|---|---|---|---|---|
| Sunbird Home Resort Products 1206 East Bender   Hobbs, NM  88240 | | | 4/13/2015 | | | | $          163.17 |
| Sunbird Home Resort Products 1206 East Bender   Hobbs, NM  88240 | | | 4/24/2015 | | | | $           28.34 |
| Sunbird Home Resort Products 1206 East Bender   Hobbs, NM  88240 | | | 5/27/2015 | | | | $          369.90 |
| Superior Uniform Group Inc POB 636822 Cincinnati, OH  45263-6822 | | | 6/1/2015 | | | | $          716.35 |
| The Sherwin-Williams Co 707 E Mockingbird Lane   Victoria, TX  77904-2144 | | | 5/7/2015 | | | | $           43.46 |
| The Sherwin-Williams Co 707 E Mockingbird Lane   Victoria, TX  77904-2144 | | | 6/15/2015 | | | | $          150.74 |
| Thing 5 1000 Hall of Fame Ave Ste 8 Springfield, MA  01105 | | | 5/1/2015 | | | | $          195.00 |
| Thing 5 1000 Hall of Fame Ave Ste 8 Springfield, MA  01105 | | | 5/31/2015 | | | | $          230.00 |
| Thing 5 1000 Hall of Fame Ave Ste 8 Springfield, MA  01105 | | | 6/1/2015 | | | | $          331.65 |
| TX Illumination Lighting Main POB 290655  El Paso, TX  79929 | | | 4/19/2015 | | | | $          923.04 |
| TX Illumination Lighting Main POB 290655  El Paso, TX  79929 | | | 5/19/2015 | | | | $        1,039.39 |
| Wagner's Hardware & Gifts 110 North Esplanade   Cuero, TX  77954 | | | 5/21/2015 | | | | $           10.06 |
| Wagner's Hardware & Gifts 110 North Esplanade   Cuero, TX  77954 | | | 5/21/2015 | | | | $            4.52 |
| Webb Mason Inc. POB 62414   Baltimore, MD  21264-2414 | | | 6/1/2015 | | | | $           14.30 |
| Webb Mason Inc. POB 62414   Baltimore, MD  21264-2414 | | | 6/3/2015 | | | | $           92.02 |
| ZEE Medical, Inc. POB 204683   Dallas, TX  75320 | | | 6/5/2015 | | | | $          177.23 |
| | | | | | | | $     567,060.33 |

* Note: amounts on this scheule are net of payments authorized pursuant to the Order Granting Debtors' Emergency Motion for Order Authorizing the Debtors to Honor Management Agreements with Channel Point Hospitality LLC, entered by the Bankruptcy Court on July 13, 2015.

# Schedule G - Executory Contracts and Unexpired Leases

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B, a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

[ ]  Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of contract or lease and nature of debtor's interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Best Western International 6201 North 24th Parkway, Phoenix, AZ 85016 | Franchise agreement for the Best Western Cuero, TX |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX  75093 | Management agreement for the LaQuinta Inn Hobbs, NM |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX  75093 | Management agreement for the LaQuinta Inn Port Arthur, TX |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX  75093 | Management agreement for the Comfort Suites Pecos, TX |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX  75093 | Management agreement for the Holiday Inn Express Pearsall, TX |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX  75093 | Management agreement for the Best Western Cuero, TX |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX  75093 | Management agreement for the Country Inn & Suites Midland, TX |
| Channel Point Hospitality LLC 2500 North Dallas Parkway Suite 600 Plano TX  75093 | Management agreement for the Oakwood Suites Andrews TX |
| Choice Hotels International 1 Choice Hotels Circle #400, Rockville, MD 20850 | Franchise agreement for the Comfort Suites Pecos, TX |
| Country Inn & Suites by Carlson 701 Carlson Parkway  Minnetonka, MN  55305 | Franchise agreement for the Country Inn & Suites Midland, TX |
| Intercontinental Hotels Group 11580 Great Oaks Way Alpharetta, GA  30022 | Franchise agreement for the Holiday Inn Express Pearsall, TX |

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of contract or lease and nature of debtor's interest.  State whether lease is for nonresidential real property.  State contract number of any government contract. |
|---|---|
| LaQuinta Franchising LLC 909 Hidden Ridge, Suite 600 Irving, TX   75038 | Franchise agreement for the LaQuinta Inn Hobbs, NM |
| LaQuinta Franchising LLC 909 Hidden Ridge, Suite 600 Irving, TX   75038 | Franchise agreement for the LaQuinta Inn Port Arthur, TX |
|  |  |
|  |  |

Sched G

## Schedule H - Codebtors

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If a debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) wihtin the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or reisded with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.

[ ] Check this box if debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| Webb M. ("Kip") Sowden, III<br>4245 North Central Expressway<br>Suite 420<br>Dallas, TX 75205 | SPECTRUM ORIGINATION LLC<br>1250 Broadway, 19th Floor<br>New York, New York  10001 |
| The Webb and Marinelle Sowden Irrevocable Trust established on June 22, 2007<br>4245 North Central Expressway<br>Suite 420<br>Dallas, TX 75205 | SPECTRUM ORIGINATION LLC<br>1250 Broadway, 19th Floor<br>New York, New York  10001 |
| W. Douglas McKnight<br>4245 North Central Expressway<br>Suite 420<br>Dallas, TX 75205 | SPECTRUM ORIGINATION LLC<br>1250 Broadway, 19th Floor<br>New York, New York  10001 |
|  |  |
|  |  |
|  |  |
|  |  |

**In Re: RREAF O G PORTFOLIO #2 LLC**                                    Case No. 15-70094-rbk

## Declaration Concerning the Debtor's Schedules

I, the Director of Asset Management of the entity named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __29__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date: August 7, 2015                     Signature: _Jon G. Moyer_
                                         Name:       Jon G. Moyer
                                         Title:      Director of Asset Management

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C.  §§ 152 and 3571.*