## Exhibit B

**Invoices**

# Holland & Knight

P.O. Box 864084 | Orlando, FL 32886-4084
Email accountservices@hklaw.com | T 813.901.4180
Holland & Knight LLP | www.hklaw.com | EIN 59-0663819

RREAF O&G Portfolio #2, LLC                       October 12, 2015
4245 N. Central Expressway                         Invoice:  3249651
Suite 420                                          Page 1
Dallas, TX 75205

For professional services rendered through September 30, 2015 in connection with the following:

Our Matter:      146045.00002
                 RREAF Ch. 11 Bankruptcy Proceeding

**TASK/ ACTIVITY**

**BOPS    Business Operations**

| DATE | PROFESSIONAL | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|--------------|-------------|-------|------|--------|
| 7/8/15 | Joseph A. Steinberg | Review prepetition loan documents. | 5.90 | 575.00 | 3,392.50 |
| 7/10/15 | Mitchell J. Geller | Analysis of issues and prepare e-mail to B. Jones and J. Steinberg regarding legal issues. | 2.20 | 735.00 | 1,617.00 |
| 7/14/15 | Brian J. Smith | Attend to cash management issues. | 4.20 | 545.00 | 2,289.00 |
| 7/15/15 | Brent R. McIlwain | Analyze issues regarding operations. | 0.60 | 670.00 | 402.00 |
| 7/20/15 | Robert W. Jones | Telephone conference with client (.7); telephone conference with franchise counsel (.6); telephone conference with expert witness (1.4). | 2.70 | 770.00 | 2,079.00 |
| 7/29/15 | Mitchell J. Geller | Telephone call with B. Jones regarding motions before Bankruptcy Court and strategy. | 0.70 | 735.00 | 514.50 |
| 8/11/15 | Brent R. McIlwain | Review and analyze issues regarding Channel Point request (1.1); correspondence regarding same (0.5). | 1.60 | 670.00 | 1,072.00 |
| 8/11/15 | Robert W. Jones | Assist J. Moyer with property operational matters. | 1.30 | 770.00 | 1,001.00 |
| 8/12/15 | Robert W. Jones | Advise client regarding operational issues. | 0.80 | 770.00 | 616.00 |
| 8/17/15 | Robert W. Jones | Teleconference with client. | 0.70 | 770.00 | 539.00 |
| 8/24/15 | Robert W. Jones | Coordinate operational matters; teleconference with client regarding same (0.4); teleconference with client regarding operations (0.8). | 1.20 | 770.00 | 924.00 |

# Holland & Knight

October 12, 2015
Invoice 3249651
Page 2

RREAF O&G Portfolio #2 LLC
146045.00002

| DATE | PROFESSIONAL | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 8/31/15 | Robert W. Jones | Teleconference with client regarding operations. | 0.80 | 770.00 | 616.00 |
| 9/1/15 | Robert W. Jones | Teleconference with client regarding operational issues (1.6); teleconference with client regarding same (.7); teleconference with client (.4). | 2.70 | 770.00 | 2,079.00 |
| 9/2/15 | Robert W. Jones | Teleconference with client (.7); teleconference with client (.8); teleconference with client (.8). | 2.30 | 770.00 | 1,771.00 |
| 9/3/15 | Robert W. Jones | Teleconference with client regarding operational matters (.5); teleconference with client regarding operations (.6); teleconference with client regarding operations (.8). | 1.90 | 770.00 | 1,463.00 |
| 9/14/15 | Robert W. Jones | Teleconference with client. | 0.80 | 770.00 | 616.00 |
| 9/16/15 | Robert W. Jones | Teleconference with client. | 0.60 | 770.00 | 462.00 |
| 9/17/15 | Robert W. Jones | Teleconference with client regarding operations (0.4); teleconference with client (0.3). | 0.70 | 770.00 | 539.00 |
| 9/18/15 | Robert W. Jones | Teleconference with client regarding operational matters. | 0.60 | 770.00 | 462.00 |
| 9/21/15 | Robert W. Jones | Teleconference with client. | 0.40 | 770.00 | 308.00 |
| 9/22/15 | Robert W. Jones | Teleconference regarding operational issues. | 0.80 | 770.00 | 616.00 |
| 9/23/15 | Robert W. Jones | Assist with budgeting matters. | 0.70 | 770.00 | 539.00 |
| 9/25/15 | Robert W. Jones | Teleconference with client. | 0.70 | 770.00 | 539.00 |
| | **BOPS** | **Business Operations** | **34.90** | | **24,456.00** |

**TASK/ ACTIVITY**

**CADM    Case Administration**

| DATE | PROFESSIONAL | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 7/8/15 | Alvin F. Benton, Jr. | Continue revising and preparing Motions for bankruptcy filing; conferences regarding Motions. | 4.60 | 310.00 | 1,426.00 |
| 7/8/15 | Brent R. McIlwain | Attend to matters regarding filings, including revising motions and reviewing other filing materials (6.5); calls regarding filing (0.9); correspondence regarding filing | 8.50 | 670.00 | 5,695.00 |

# Holland & Knight

October 12, 2015
Invoice 3249651
Page 3

RREAF O&G Portfolio #2 LLC
146045.00002

| DATE | PROFESSIONAL | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|--------------|-------------|-------|------|--------|
| | | (0.6); analyze issues (0.5). | | | |
| 7/8/15 | Brian J. Smith | Prepare and coordinate filing of petitions and first day materials. | 9.80 | 545.00 | 5,341.00 |
| 7/8/15 | Robert W. Jones | Review, revise first day pleadings (3.2); teleconferences with client regarding post-filing operational matters (1.6). | 4.80 | 770.00 | 3,696.00 |
| 7/9/15 | Brent R. McIlwain | Prepare for first day hearings, including reviewing exhibits, preparing witnesses; and related matters (8.2); correspondence (0.6); travel to San Antonio (1/2 time X 3 hrs=1.5). | 10.30 | 670.00 | 6,901.00 |
| 7/9/15 | Brian J. Smith | Assist with preparation for first day hearings. | 5.70 | 545.00 | 3,106.50 |
| 7/9/15 | Robert W. Jones | Meetings with client regarding preparation for first day hearings (3.8); multiple teleconferences with client regarding status, strategy (2.2); travel to San Antonio (1/2 x 3 hrs = 1.5). | 7.50 | 770.00 | 5,775.00 |
| 7/10/15 | Brent R. McIlwain | Prepare for hearings (4.8); confer with opposing counsel regarding motions (0.5); attend hearing (1.5); follow-up meetings (0.6); return travel (1/2 X 3hrs=1.5 hrs). | 8.90 | 670.00 | 5,963.00 |
| 7/10/15 | Brian J. Smith | Assist with preparations for first day hearings (1.2); prepare and revise first day orders (2.1). | 3.30 | 545.00 | 1,798.50 |
| 7/10/15 | Robert W. Jones | Prepare for, attend hearing (6.0); travel to Dallas (1/2 x 3 = 1.5 hrs). | 7.50 | 770.00 | 5,775.00 |
| 7/12/15 | Brent R. McIlwain | Revise orders (0.8); correspondence regarding same (0.1). | 0.90 | 670.00 | 603.00 |
| 7/13/15 | Brent R. McIlwain | Finalize orders for submission (2.2); calls regarding status (0.8); correspondence (0.3). | 3.30 | 670.00 | 2,211.00 |
| 7/13/15 | Brian J. Smith | Coordinate revision and submission of orders (2.0); attend to cash management issues (2.5). | 4.50 | 545.00 | 2,452.50 |
| 7/13/15 | Robert W. Jones | Teleconference with client regarding status, strategy. | 0.80 | 770.00 | 616.00 |
| 7/14/15 | Brent R. McIlwain | Attend to matters regarding case administration (0.9); calls regarding status (0.5); correspondence (0.3). | 1.70 | 670.00 | 1,139.00 |

# Holland & Knight

October 12, 2015
Invoice 3249651
Page 4

RREAF O&G Portfolio #2 LLC
146045.00002

| DATE | PROFESSIONAL | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|--------------|-------------|-------|------|--------|
| 7/14/15 | Brian J. Smith | Prepare revised cash management order. | 0.70 | 545.00 | 381.50 |
| 7/15/15 | Brent R. McIlwain | Calls regarding status (0.5); corespondence (0.4). | 0.90 | 670.00 | 603.00 |
| 7/15/15 | Brian J. Smith | Attend to cash management issues (3.5); coordinate service of orders and notices (0.5). | 4.00 | 545.00 | 2,180.00 |
| 7/16/15 | Brent R. McIlwain | Calls regarding status (0.5); correspondence (0.5); analyze issues regarding strategy (0.6). | 1.60 | 670.00 | 1,072.00 |
| 7/16/15 | Brian J. Smith | Attend to cash management matters (2.8); attend to case administration matters (1.6). | 4.20 | 545.00 | 2,289.00 |
| 7/17/15 | Brian J. Smith | Prepare materials regarding schedules and SOFAs (2.5); prepare and revise pleading exhibits (3.8). | 6.30 | 545.00 | 3,433.50 |
| 7/18/15 | Brent R. McIlwain | Review pleadings (0.5); analyze issues (0.5); correspondence (0.2). | 1.20 | 670.00 | 804.00 |
| 7/20/15 | Brent R. McIlwain | Attend to matters regarding reporting (1.5); correspondence (0.5); calls regarding status (0.5). | 2.50 | 670.00 | 1,675.00 |
| 7/21/15 | Brent R. McIlwain | Calls regarding status (1.3); analyze issues (0.8); correspondence (0.4). | 2.50 | 670.00 | 1,675.00 |
| 7/22/15 | Brian J. Smith | Research regarding case administration issues (1.5); respond to creditor inquiries (0.4). | 2.10 | 545.00 | 1,144.50 |
| 7/23/15 | Brian J. Smith | Research regarding case administration issues (3.2); prepare emergency motions (3.5). | 6.70 | 545.00 | 3,651.50 |
| 7/24/15 | Brent R. McIlwain | Analyze issues (2.1); prepare for hearing (1.8); correspondence (0.3); calls regarding status (0.3). | 4.50 | 670.00 | 3,015.00 |
| 7/24/15 | Brian J. Smith | Revise and coordinate service of emergency motions. | 6.50 | 545.00 | 3,542.50 |
| 7/27/15 | Brent R. McIlwain | Prepare for hearing (2.8); multiple calls regarding same (2.1); review objections and analyze issues (1.6). | 6.50 | 670.00 | 4,355.00 |
| 7/27/15 | Brian J. Smith | Assist with preparation for cash collateral hearing (1.7); prepare case administration materials (2.4). | 4.10 | 545.00 | 2,234.50 |

# Holland & Knight

October 12, 2015
Invoice 3249651
Page 5

RREAF O&G Portfolio #2 LLC
146045.00002

| DATE | PROFESSIONAL | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-------------|-------------|-------|------|--------|
| 7/28/15 | Brent R. McIlwain | Attend to matters regarding other motions filed in case (2.5); travel to San Antonio for hearing (1/2 of 3 hrs = 1.5 hrs). | 4.00 | 670.00 | 2,680.00 |
| 7/28/15 | Brian J. Smith | Review and assist with preparation for hearing. | 4.30 | 545.00 | 2,343.50 |
| 7/29/15 | Alvin F. Benton, Jr. | Research case law regarding debtor related issues. | 1.00 | 310.00 | 310.00 |
| 7/29/15 | Brent R. McIlwain | Prepare for hearing (6.5); participate in hearing (1.5); follow-up meetings (1.5); return travel (1/2 of 3 hrs = 1.5 hrs). | 10.00 | 670.00 | 6,700.00 |
| 7/29/15 | Brian J. Smith | Attend to case administration issues. | 1.30 | 545.00 | 708.50 |
| 7/29/15 | Robert W. Jones | Multiple telephone conferences with client regarding status, strategy. | 1.10 | 770.00 | 847.00 |
| 7/30/15 | Alvin F. Benton, Jr. | Research case law regarding debtor related issues. | 1.00 | 310.00 | 310.00 |
| 7/30/15 | Brent R. McIlwain | Revise orders (1.1); correspondence (.5); calls regarding status (0.6). | 2.20 | 670.00 | 1,474.00 |
| 7/31/15 | Alvin F. Benton, Jr. | Research case law regarding debtor related issues. | 0.60 | 310.00 | 186.00 |
| 7/31/15 | Brent R. McIlwain | Attend to matters regarding orders (0.9); prepare for and attend meeting regarding status and strategy (2.5); correspondence (0.5); calls regarding status (0.6). | 4.50 | 670.00 | 3,015.00 |
| 7/31/15 | Brian J. Smith | Revise and submit proposed orders (0.8); prepare case administration materials (0.4). | 1.20 | 545.00 | 654.00 |
| 7/31/15 | Robert W. Jones | Prepare for client meeting (1.0); meeting with client (2.5). | 3.50 | 770.00 | 2,695.00 |
| 8/3/15 | Robert W. Jones | Teleconference with client (0.6); teleconference with client (0.8). | 1.40 | 770.00 | 1,078.00 |
| 8/4/15 | Robert W. Jones | Teleconference with client. | 1.20 | 770.00 | 924.00 |
| 8/5/15 | Brent R. McIlwain | Calls regarding case status. | 0.80 | 670.00 | 536.00 |
| 8/6/15 | Brian J. Smith | Compile case administration materials. | 0.60 | 545.00 | 327.00 |
| 8/7/15 | Robert W. Jones | Teleconference with client (0.4); teleconference with client (0.5). | 0.90 | 770.00 | 693.00 |
| 8/10/15 | Brent R. McIlwain | Calls regarding status (0.8); review materials (0.5); correspondence (0.3). | 1.60 | 670.00 | 1,072.00 |
| 8/12/15 | Brent R. McIlwain | Calls with client regarding status. | 1.20 | 670.00 | 804.00 |

# Holland & Knight

October 12, 2015
Invoice 3249651
Page 6

RREAF O&G Portfolio #2 LLC
146045.00002

| DATE | PROFESSIONAL | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|--------------|-------------|-------|------|--------|
| 8/13/15 | Brent R. McIlwain | Call regarding status (0.5); analyze issues regarding strategy (1.8). | 2.30 | 670.00 | 1,541.00 |
| 8/13/15 | Joseph A. Steinberg | Analyze issues regarding restructuring. | 1.50 | 575.00 | 862.50 |
| 8/14/15 | Brian J. Smith | Attend to case administration matters. | 0.30 | 545.00 | 163.50 |
| 8/17/15 | Brian J. Smith | Attend to case administration issues. | 1.00 | 545.00 | 545.00 |
| 8/18/15 | Brent R. McIlwain | Correspondence regarding status (0.3); analyze issues (0.5). | 0.80 | 670.00 | 536.00 |
| 8/18/15 | Robert W. Jones | Teleconference with client (0.3); teleconference with client (0.5); teleconference with client (0.4). | 1.20 | 770.00 | 924.00 |
| 8/19/15 | Brian J. Smith | Attend to case administration matters. | 2.00 | 545.00 | 1,090.00 |
| 8/19/15 | Robert W. Jones | Teleconference with client. | 0.80 | 770.00 | 616.00 |
| 8/20/15 | Joseph A. Steinberg | Attention to restructuring matters; conference with B. Jones to discuss same. | 2.50 | 575.00 | 1,437.50 |
| 8/24/15 | Brent R. McIlwain | Calls regarding status (0.5); analyze issues (0.6). | 1.10 | 670.00 | 737.00 |
| 8/24/15 | Joseph A. Steinberg | Attention to restructuring issues. | 0.70 | 575.00 | 402.50 |
| 8/26/15 | Brent R. McIlwain | Attend to matters regarding case status. | 0.70 | 670.00 | 469.00 |
| 8/26/15 | Brian J. Smith | Attend to case management issues. | 2.20 | 545.00 | 1,199.00 |
| 8/27/15 | Brian J. Smith | Attend to case management issues. | 0.60 | 545.00 | 327.00 |
| 8/28/15 | Brent R. McIlwain | Calls regarding status (0.8); correspondence (0.3). | 1.10 | 670.00 | 737.00 |
| 8/28/15 | Brian J. Smith | Attend to case administration issues. | 0.80 | 545.00 | 436.00 |
| 8/31/15 | Brent R. McIlwain | Analyze issues (0.5); correspondence (0.3). | 0.90 | 670.00 | 603.00 |
| 8/31/15 | Brian J. Smith | Attend to case administration matters. | 0.60 | 545.00 | 327.00 |
| 9/1/15 | Brent R. McIlwain | Calls regarding status (.5); correspondence (.3); analyze issues (.3). | 1.10 | 670.00 | 737.00 |
| 9/1/15 | Brian J. Smith | Attend to case administration issues. | 1.70 | 545.00 | 926.50 |
| 9/1/15 | Robert W. Jones | Teleconference with client. | 0.80 | 770.00 | 616.00 |
| 9/2/15 | Brent R. McIlwain | Various calls regarding case status (.6); analyze issues regarding same (.5). | 1.10 | 670.00 | 737.00 |
| 9/2/15 | Brian J. Smith | Prepare case administration materials. | 2.20 | 545.00 | 1,199.00 |
| 9/3/15 | Brent R. McIlwain | Attend to matters regarding case status. | 0.90 | 670.00 | 603.00 |

# Holland & Knight

October 12, 2015
Invoice 3249651
Page 7

RREAF O&G Portfolio #2 LLC
146045.00002

| DATE | PROFESSIONAL | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|--------------|-------------|-------|------|--------|
| 9/3/15 | Brian J. Smith | Prepare case administration materials. | 2.10 | 545.00 | 1,144.50 |
| 9/3/15 | Robert W. Jones | Teleconference with client regarding case matters. | 1.00 | 770.00 | 770.00 |
| 9/4/15 | Brent R. McIlwain | Attend to matters regarding case administration. | 0.60 | 670.00 | 402.00 |
| 9/4/15 | Brian J. Smith | Revise utility stipulation. | 1.20 | 545.00 | 654.00 |
| 9/4/15 | Robert W. Jones | Teleconference with client (.7); teleconference with client (.6). | 1.30 | 770.00 | 1,001.00 |
| 9/8/15 | Brian J. Smith | Finalize and submit utility stipulation. | 1.60 | 545.00 | 872.00 |
| 9/8/15 | Robert W. Jones | Teleconference with client (.4); teleconference with client (.7). | 1.10 | 770.00 | 847.00 |
| 9/9/15 | Brian J. Smith | Attend to case administration matters. | 2.00 | 545.00 | 1,090.00 |
| 9/10/15 | Brian J. Smith | Attend to case administration issues. | 0.70 | 545.00 | 381.50 |
| 9/11/15 | Brent R. McIlwain | Review materials and correspondence regarding status. | 0.40 | 670.00 | 268.00 |
| 9/11/15 | Brian J. Smith | Attend to case administration matters. | 1.00 | 545.00 | 545.00 |
| 9/12/15 | Brian J. Smith | Review case administration materials. | 2.50 | 545.00 | 1,362.50 |
| 9/14/15 | Brent R. McIlwain | Attend to matters regarding case administration (1.1); calls regarding same (.3). | 1.40 | 670.00 | 938.00 |
| 9/14/15 | Brian J. Smith | Attend to case administration matters. | 1.30 | 545.00 | 708.50 |
| 9/14/15 | Robert W. Jones | Teleconference with client (.3); teleconference with client (.4); teleconference with client (.6). | 1.30 | 770.00 | 1,001.00 |
| 9/15/15 | Brian J. Smith | Prepare case administration materials. | 0.60 | 545.00 | 327.00 |
| 9/15/15 | Robert W. Jones | Teleconference with client (.4); teleconference with client (1.2). | 1.60 | 770.00 | 1,232.00 |
| 9/16/15 | Brent R. McIlwain | Attend to matters regarding case administration. | 0.60 | 670.00 | 402.00 |
| 9/16/15 | Brian J. Smith | Attend to case administration matters. | 0.50 | 545.00 | 272.50 |
| 9/16/15 | Robert W. Jones | Teleconference with client. | 0.40 | 770.00 | 308.00 |
| 9/17/15 | Brian J. Smith | Attend to case administration issues. | 2.00 | 545.00 | 1,090.00 |
| 9/18/15 | Brian J. Smith | Attend to case administration issues. | 1.20 | 545.00 | 654.00 |
| 9/21/15 | Brian J. Smith | Review case administration issues. | 4.80 | 545.00 | 2,616.00 |

# Holland & Knight

October 12, 2015
Invoice 3249651
Page 8

RREAF O&G Portfolio #2 LLC
146045.00002

| DATE | PROFESSIONAL | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-------------|-------------|-------|------|--------|
| 9/21/15 | Robert W. Jones | Assist with administrative matters. | 0.40 | 770.00 | 308.00 |
| 9/22/15 | Brent R. McIlwain | Attend to matters regarding cash administration. | 0.60 | 670.00 | 402.00 |
| 9/22/15 | Brian J. Smith | Attend to case administration issues. | 2.80 | 545.00 | 1,526.00 |
| 9/22/15 | Joseph A. Steinberg | Attention to restructuring matters. | 0.50 | 575.00 | 287.50 |
| 9/23/15 | Brent R. McIlwain | Attend to matters regarding case administration. | 0.60 | 670.00 | 402.00 |
| 9/23/15 | Brian J. Smith | Attend to case administration matters. | 1.70 | 545.00 | 926.50 |
| 9/23/15 | Joseph A. Steinberg | Attention to restructuring matters. | 1.80 | 575.00 | 1,035.00 |
| 9/24/15 | Brian J. Smith | Prepare case administration materials. | 1.60 | 545.00 | 872.00 |
| 9/25/15 | Brian J. Smith | Review case administration issues. | 5.60 | 545.00 | 3,052.00 |
| 9/28/15 | Brian J. Smith | Attend to case administration issues. | 1.20 | 545.00 | 654.00 |
| 9/29/15 | Brian J. Smith | Analysis of case administration issues. | 4.20 | 545.00 | 2,289.00 |
| 9/29/15 | Steven C. Patterson | Verify Debtor names and jurisdictions; placed lien searches, per B. Smith and B. McIlwain. | 0.50 | 220.00 | 110.00 |
| 9/30/15 | Brian J. Smith | Attend to case administration matters. | 2.50 | 545.00 | 1,362.50 |
| 9/30/15 | Priscilla A. Tobias | Review correspondence from B. McIlwain and send correspondence to CT regarding status of lien searches; review lien search results and chart and send to B. Smith and B. McIlwain. | 0.50 | 190.00 | 95.00 |
| | | **CADM   Case Administration** | **263.40** | | **161,891.00** |

**TASK/ ACTIVITY**

**CCOL   Cash Collateral**

| DATE | PROFESSIONAL | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-------------|-------------|-------|------|--------|
| 7/14/15 | Robert W. Jones | Preparation for cash collateral hearing. | 1.10 | 770.00 | 847.00 |
| 7/16/15 | Robert W. Jones | Assist client with budget preparation (.8); preparation of testimony for cash collateral hearing (1.3). | 2.10 | 770.00 | 1,617.00 |
| 7/17/15 | Robert W. Jones | Assist with preparation of evidence for cash collateral hearing. | 1.60 | 770.00 | 1,232.00 |
| 7/22/15 | Brent R. McIlwain | Calls with HVS regarding appraisals (1.8); analyze issues (0.5); correspondence (0.2). | 2.50 | 670.00 | 1,675.00 |

# Holland & Knight

October 12, 2015
Invoice 3249651
Page 9

RREAF O&G Portfolio #2 LLC
146045.00002

| DATE | PROFESSIONAL | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-------------|-------------|-------|------|--------|
| 7/23/15 | Brent R. McIlwain | Attend to matters cash collateral (1.5); correspondence and calls (0.6). | 2.10 | 670.00 | 1,407.00 |
| 7/23/15 | Robert W. Jones | Telephone conferences with franchise counsel regarding budget matters (.8); review budget (.6). | 1.40 | 770.00 | 1,078.00 |
| 7/28/15 | Brent R. McIlwain | Prepare for hearing. | 4.80 | 670.00 | 3,216.00 |
| 8/3/15 | Brent R. McIlwain | Multiple calls regarding cash collateral issues (0.5); correspondence (0.2); analyze issues (0.4). | 1.10 | 670.00 | 737.00 |
| 8/4/15 | Brent R. McIlwain | Analyze issues (0.3); call regarding cash collateral hearing (0.3). | 0.60 | 670.00 | 402.00 |
| 8/6/15 | Brent R. McIlwain | Correspondence regarding cash collateral hearing (0.2); analyze issues (0.3). | 0.50 | 670.00 | 335.00 |
| 8/7/15 | Brent R. McIlwain | Analyze issues (0.5); calls regarding same (0.4); correspondence (0.2). | 1.10 | 670.00 | 737.00 |
| 8/11/15 | Brent R. McIlwain | Attend to matters regarding cash collateral hearing (0.5); correspondence regarding same (0.2); analyze issues (0.4). | 1.10 | 670.00 | 737.00 |
| 8/12/15 | Brent R. McIlwain | Review materials (0.6); call regarding valuation hearing (0.2). | 0.80 | 670.00 | 536.00 |
| 8/17/15 | Robert W. Jones | Teleconference with client (0.6); negotiations regarding cash collateral use (0.7). | 1.30 | 770.00 | 1,001.00 |
| 8/18/15 | Brent R. McIlwain | Correspondence regarding status (0.3); analyze issues (0.5). | 0.80 | 670.00 | 536.00 |
| 8/19/15 | Brent R. McIlwain | Analyze issues (0.6); correspondence (0.3); calls regarding status (0.3). | 1.20 | 670.00 | 804.00 |
| 8/19/15 | Robert W. Jones | Assist with cash collateral negotiations. | 0.60 | 770.00 | 462.00 |
| 8/20/15 | Brent R. McIlwain | Correspondence regarding status (0.2); analyze issues (0.9). | 1.10 | 670.00 | 737.00 |
| 8/20/15 | Robert W. Jones | Review order. | 0.70 | 770.00 | 539.00 |
| 8/21/15 | Brent R. McIlwain | Work on settlement proposal (1.4); calls regarding same (0.4). | 1.80 | 670.00 | 1,206.00 |
| 8/25/15 | Brent R. McIlwain | Revisions to cash collateral order (0.8); analyze issues (0.5); correspondence (0.2). | 1.50 | 670.00 | 1,005.00 |
| 8/25/15 | Robert W. Jones | Review cash collateral order and discuss with client. | 0.80 | 770.00 | 616.00 |

# Holland & Knight

October 12, 2015
Invoice 3249651
Page 10

RREAF O&G Portfolio #2 LLC
146045.00002

| DATE | PROFESSIONAL | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|--------------|-------------|-------|------|--------|
| 8/28/15 | Brent R. McIlwain | Review mark-up of order (0.5); analyze issues (0.4). | 0.90 | 670.00 | 603.00 |
| 8/31/15 | Brent R. McIlwain | Analyze issues (0.3); calls regarding status (0.3). | 0.60 | 670.00 | 402.00 |
| 8/31/15 | Robert W. Jones | Teleconference with client regarding cash collateral negotiations. | 0.70 | 770.00 | 539.00 |
| 9/2/15 | Robert W. Jones | Review and revise draft order; assist client regarding same. | 0.80 | 770.00 | 616.00 |
| 9/3/15 | Brent R. McIlwain | Attend to cash collateral issues (.8); calls regarding same (.3). | 1.10 | 670.00 | 737.00 |
| 9/8/15 | Brent R. McIlwain | Attend to matters regarding cash collateral. | 1.30 | 670.00 | 871.00 |
| 9/8/15 | Robert W. Jones | Review revisions to cash collateral order. | 0.40 | 770.00 | 308.00 |
| 9/14/15 | Brent R. McIlwain | Analyze issues regarding cash collateral (.5); calls regarding status (.6); review reporting (.5). | 1.60 | 670.00 | 1,072.00 |
| 9/15/15 | Brent R. McIlwain | Attend to matters regarding cash collateral (.9); review cash collateral budget and other cash collateral reports (.8); calls regarding same (.5). | 2.20 | 670.00 | 1,474.00 |
| 9/16/15 | Brent R. McIlwain | Review revised cash collateral order (.4); analyze issues regarding same (.3); correspondence (.2). | 0.90 | 670.00 | 603.00 |
| 9/16/15 | Robert W. Jones | Teleconference with client (0.4); review draft of order and budget (0.7). | 1.10 | 770.00 | 847.00 |
| 9/17/15 | Brent R. McIlwain | Correspondence regarding cash collateral budget (.3); review materials (.4); analyze issues (.2). | 0.90 | 670.00 | 603.00 |
| 9/17/15 | Robert W. Jones | Teleconference with client regarding budget. | 0.60 | 770.00 | 462.00 |
| 9/18/15 | Brent R. McIlwain | Correspondence regarding cash collateral (.2); review materials (.3); calls regarding same (.6). | 1.10 | 670.00 | 737.00 |
| 9/18/15 | Brian J. Smith | Review and circulated cash collateral materials. | 1.00 | 545.00 | 545.00 |
| 9/21/15 | Brent R. McIlwain | Attend to matters regarding cash collateral. | 0.50 | 670.00 | 335.00 |
| 9/21/15 | Robert W. Jones | Teleconference with client. | 0.50 | 770.00 | 385.00 |
| 9/22/15 | Brent R. McIlwain | Call with J. Moyer regarding cash collateral budget (.8); review budget (.3); | 1.30 | 670.00 | 871.00 |

# Holland & Knight

October 12, 2015
Invoice 3249651
Page 11

RREAF O&G Portfolio #2 LLC
146045.00002

| DATE | PROFESSIONAL | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|--------------|-------------|-------|------|--------|
| | | correspondence (.2). | | | |
| 9/22/15 | Robert W. Jones | Assist client regarding cash collateral issues. | 0.30 | 770.00 | 231.00 |
| 9/23/15 | Brent R. McIlwain | Attend to matters regarding cash collateral budget and order. | 0.80 | 670.00 | 536.00 |
| 9/24/15 | Brent R. McIlwain | Analyze issues regarding cash collateral (.5); calls regarding same (.3). | 0.80 | 670.00 | 536.00 |
| 9/24/15 | Brian J. Smith | Revise and circulated cash collateral materials. | 1.70 | 545.00 | 926.50 |
| 9/25/15 | Brent R. McIlwain | Review materials (.5); calls with Spectrum's counsel regarding cash collateral (.3); review reporting and correspondence (.5). | 1.30 | 670.00 | 871.00 |
| 9/25/15 | Robert W. Jones | Teleconference with client. | 0.60 | 770.00 | 462.00 |
| 9/28/15 | Brian J. Smith | Review cash collateral materials. | 2.20 | 545.00 | 1,199.00 |
| 9/28/15 | Robert W. Jones | Teleconferences with client regarding cash collateral issues. | 0.60 | 770.00 | 462.00 |
| 9/29/15 | Brent R. McIlwain | Analyze issues regarding cash collateral (.6); review documents (.4); calls regarding status (.3). | 1.30 | 670.00 | 871.00 |
| 9/29/15 | Brian J. Smith | Correspondence with client regarding cash collateral matters. | 1.00 | 545.00 | 545.00 |
| 9/29/15 | Robert W. Jones | Teleconference with client regarding budget matters. | 0.30 | 770.00 | 231.00 |
| 9/30/15 | Brent R. McIlwain | Analyze issues (.5); calls regarding same (.4). | 0.90 | 670.00 | 603.00 |
| | **CCOL   Cash Collateral** | | **59.90** | | **40,945.50** |

**TASK/ ACTIVITY**

**FEAP   Fee/Employment Applications**

| DATE | PROFESSIONAL | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|--------------|-------------|-------|------|--------|
| 7/14/15 | Alvin F. Benton, Jr. | Prepare drafts of Application for Employment of HK and Interim Compensation Motion; review local rules regarding preparation of Motion and Application. | 2.80 | 310.00 | 868.00 |
| 7/15/15 | Alvin F. Benton, Jr. | Continue preparing Application for Employment of HK and Interim Compensation Motion; review local rules | 2.10 | 310.00 | 651.00 |

# Holland & Knight

RREAF O&G Portfolio #2 LLC
146045.00002

| DATE | PROFESSIONAL | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-------------|-------------|-------|------|--------|
|  |  | regarding preparation of Motion and Application. |  |  |  |
| 8/4/15 | Brian J. Smith | Draft employment application and interim compensation motion. | 1.80 | 545.00 | 981.00 |
| 8/6/15 | Brent R. McIlwain | Review and comments to employment application (0.9); review and comments to draft interim compensation motion (0.6). | 1.50 | 670.00 | 1,005.00 |
| 8/6/15 | Brian J. Smith | Review and revise employment application and interim compensation motion. | 1.20 | 545.00 | 654.00 |
| 8/7/15 | Brent R. McIlwain | Review and finalize employment application (0.6); correspondence regarding same (0.5). | 1.10 | 670.00 | 737.00 |
| 8/7/15 | Brian J. Smith | Revise and coordinate service of employment application. | 1.50 | 545.00 | 817.50 |
|  | **FEAP** | **Fee/Employment Applications** | **12.00** |  | **5,713.50** |

**TASK/ ACTIVITY**

**MTCR    Meetings of Creditors**

| DATE | PROFESSIONAL | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-------------|-------------|-------|------|--------|
| 7/30/15 | Brian J. Smith | Coordinate preparation of IDI materials (2.4); prepare case administration materials (0.5). | 2.90 | 545.00 | 1,580.50 |
| 7/31/15 | Brian J. Smith | Coordinate preparation of materials for IDI interview. | 1.20 | 545.00 | 654.00 |
| 8/3/15 | Brian J. Smith | Prepare materials for IDI interview (3.5); prepare case administration materials (1.2). | 4.70 | 545.00 | 2,561.50 |
| 8/4/15 | Brian J. Smith | Prepare for and attend IDI meeting. | 1.30 | 545.00 | 708.50 |
| 8/6/15 | Brian J. Smith | Conversations with client regarding SOFAs. | 0.50 | 545.00 | 272.50 |
| 8/7/15 | Brian J. Smith | Review and revise schedules and SOFAs. | 4.20 | 545.00 | 2,289.00 |
| 8/7/15 | Robert W. Jones | Assist with preparation of schedules. | 0.70 | 770.00 | 539.00 |
| 8/8/15 | Brian J. Smith | Review and revise schedules and SOFAs. | 4.40 | 545.00 | 2,398.00 |
| 8/10/15 | Brian J. Smith | Revise and coordinate submission of schedules and SOFAs. | 6.50 | 545.00 | 3,542.50 |
| 8/10/15 | Robert W. Jones | Teleconference with J. Moyer regarding schedules. | 0.80 | 770.00 | 616.00 |
| 8/13/15 | Brian J. Smith | Prepare for and attend IDI meeting (2.5); travel to and from Midland for IDI meeting | 6.80 | 545.00 | 3,706.00 |

# Holland & Knight

RREAF O&G Portfolio #2 LLC
146045.00002

| DATE | PROFESSIONAL | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | (8.6 total, 4.3 not charged). | | | |
| | **MTCR** | **Meetings of Creditors** | **34.00** | | **18,867.50** |

**TASK/ ACTIVITY**

**PLAN    Plan and Disclosure Statement**

| DATE | PROFESSIONAL | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 8/13/15 | Robert W. Jones | Meeting with client regarding strategy. | 1.10 | 770.00 | 847.00 |
| 8/14/15 | Robert W. Jones | Teleconference with client regarding strategy. | 0.80 | 770.00 | 616.00 |
| 9/18/15 | Brent R. McIlwain | Analyze restructuring options. | 0.60 | 670.00 | 402.00 |
| 9/23/15 | Robert W. Jones | Work on preparation of terms of a plan; consult with client regarding same. | 1.20 | 770.00 | 924.00 |
| 9/24/15 | Brent R. McIlwain | Analyze plan issues (.6); calls regarding same (.6). | 1.20 | 670.00 | 804.00 |
| 9/24/15 | Robert W. Jones | Assist with plan formulation. | 0.80 | 770.00 | 616.00 |
| 9/28/15 | Brent R. McIlwain | Meeting regarding strategy (1.1); analyze issues regarding same (1.2); prepare Plan materials (1.8). | 4.10 | 670.00 | 2,747.00 |
| 9/28/15 | Robert W. Jones | Meet with client (1.4); work on plan terms (1.5). | 2.90 | 770.00 | 2,233.00 |
| 9/29/15 | Brent R. McIlwain | Work on plan options (.9); correspondence (.2); calls regarding same (.3). | 1.40 | 670.00 | 938.00 |
| 9/29/15 | Robert W. Jones | Assist client with plan formulation. | 1.50 | 770.00 | 1,155.00 |
| 9/30/15 | Robert W. Jones | Work on plan formulation. | 1.00 | 770.00 | 770.00 |
| | **PLAN** | **Plan and Disclosure Statement** | **16.60** | | **12,052.00** |

**TASK/ ACTIVITY**

**RFIN    Refinance and/or Capital Raise**

| DATE | PROFESSIONAL | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 7/14/15 | Robert W. Jones | Assist with negotiations regarding take out financing. | 1.30 | 770.00 | 1,001.00 |
| 7/15/15 | Robert W. Jones | Multiple teleconferences with client regarding refinancing. | 1.60 | 770.00 | 1,232.00 |
| 7/17/15 | Brent R. McIlwain | Attend to matters regarding refinance | 1.20 | 670.00 | 804.00 |

# Holland & Knight

October 12, 2015
Invoice 3249651
Page 14

RREAF O&G Portfolio #2 LLC
146045.00002

| DATE | PROFESSIONAL | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|--------------|-------------|-------|------|--------|
| | | proposal. | | | |
| 7/20/15 | Brian J. Smith | Revise motion regarding financing proposal. | 2.40 | 545.00 | 1,308.00 |
| 7/21/15 | Brian J. Smith | Revise and file motion to approve proposed financing. | 3.50 | 545.00 | 1,907.50 |
| 7/21/15 | Robert W. Jones | Teleconference with client (.8); teleconference with client (1.0); teleconference with expert regarding preparation for hearing (1.0). | 2.80 | 770.00 | 2,156.00 |
| 7/22/15 | Robert W. Jones | Teleconference with client (.4); teleconference with client (.5); prepare for hearing (.6). | 1.50 | 770.00 | 1,155.00 |
| 7/25/15 | Brian J. Smith | Analysis of financing issues. | 6.50 | 545.00 | 3,542.50 |
| 7/26/15 | Brian J. Smith | Analysis of financing issues (4.2); correspondence regarding research results (1.3). | 5.50 | 545.00 | 2,997.50 |
| 7/27/15 | Brian J. Smith | Prepare proposed reply brief. | 5.20 | 545.00 | 2,834.00 |
| 7/28/15 | Brian J. Smith | Revise proposed reply brief. | 6.20 | 545.00 | 3,379.00 |
| 7/28/15 | Robert W. Jones | Review, revise reply brief regarding refinance motion (4.2); assist with preparation for hearing (1.2). | 5.40 | 770.00 | 4,158.00 |
| 7/29/15 | Brian J. Smith | Revise and coordinate service of reply brief. | 1.00 | 545.00 | 545.00 |
| 7/30/15 | Robert W. Jones | Teleconferences with client regarding status, strategy. | 1.30 | 770.00 | 1,001.00 |
| 8/3/15 | Brent R. McIlwain | Attend to matters regarding Atalaya term sheet. | 0.60 | 670.00 | 402.00 |
| 8/4/15 | Brent R. McIlwain | Attend to matters regarding refinance proposal (0.3); correspondence regarding same (0.1). | 0.40 | 670.00 | 268.00 |
| 8/10/15 | Robert W. Jones | Teleconference with client regarding refinancing (0.4); review materials regarding same (0.8). | 1.20 | 770.00 | 924.00 |
| 8/11/15 | Robert W. Jones | Assist client with facilitating refinancing transaction. | 1.40 | 770.00 | 1,078.00 |
| 8/13/15 | Robert W. Jones | Teleconference with client regarding refinancing efforts. | 1.20 | 770.00 | 924.00 |
| 8/14/15 | Joseph A. Steinberg | Analysis of restructuring of transaction; conference with B. Jones and B. McIlwain to discuss same. | 2.00 | 575.00 | 1,150.00 |

# Holland & Knight

October 12, 2015
Invoice 3249651
Page 15

RREAF O&G Portfolio #2 LLC
146045.00002

| **DATE** | **PROFESSIONAL** | **DESCRIPTION** | **HOURS** | **RATE** | **AMOUNT** |
|---|---|---|---|---|---|
| 8/14/15 | Robert W. Jones | Teleconference with client regarding restructuring efforts. | 0.80 | 770.00 | 616.00 |
| 9/18/15 | Robert W. Jones | Teleconference with client (0.4); teleconference with client (0.3). | 0.70 | 770.00 | 539.00 |
| 9/21/15 | Brent R. McIlwain | Call regarding status of financing (.3); analyze issues (.5). | 0.80 | 670.00 | 536.00 |
| 9/21/15 | Robert W. Jones | Teleconference with client. | 0.50 | 770.00 | 385.00 |
| 9/30/15 | Brent R. McIlwain | Analyze issues regarding refinancing or sale (.6); calls regarding same (.3). | 0.90 | 670.00 | 603.00 |
| | **RFIN** | **Refinance and/or Capital Raise** | **55.90** | | **35,445.50** |

**TASK/ ACTIVITY**

**STAY    Relief from Stay Proceedings**

| **DATE** | **PROFESSIONAL** | **DESCRIPTION** | **HOURS** | **RATE** | **AMOUNT** |
|---|---|---|---|---|---|
| 9/28/15 | Brian J. Smith | Review lift stay materials. | 4.50 | 545.00 | 2,452.50 |
| 9/29/15 | Robert W. Jones | Review declaration; assist with preparation of response to relief stay motion. | 0.80 | 770.00 | 616.00 |
| 9/30/15 | Brent R. McIlwain | Review lift stay response (.4); analyze issues regarding same (.4). | 0.80 | 670.00 | 536.00 |
| 9/30/15 | Brian J. Smith | Review lift stay issues. | 2.50 | 545.00 | 1,362.50 |
| | **STAY** | **Relief from Stay Proceedings** | **8.60** | | **4,967.00** |
| | | TOTAL FEES FOR PROFESSIONAL SERVICES | | $ | 304,338.00 |

# Holland & Knight

October 12, 2015
Invoice 3249651
Page 16

RREAF O&G Portfolio #2 LLC
146045.00002

### TASK SUMMARY CURRENT INVOICE

| Code   Description | Hours | Amount |
|---|---|---|
| BOPS  Business Operations | 34.90 | 24,456.00 |
| CADM  Case Administration | 263.40 | 161,891.00 |
| CCOL  Cash Collateral | 59.90 | 40,945.50 |
| FEAP  Fee/Employment Applications | 12.00 | 5,713.50 |
| MTCR  Meetings of Creditors | 34.00 | 18,867.50 |
| PLAN  Plan and Disclosure Statement | 16.60 | 12,052.00 |
| RFIN  Refinance and/or Capital Raise | 55.90 | 35,445.50 |
| STAY  Relief from Stay Proceedings | 8.60 | 4,967.00 |
| **TOTAL:** | **485.30** | **304,338.00** |

## PROFESSIONAL SUMMARY THROUGH SEPTEMBER 30, 2015

| Professional | Hours | Amount |
|---|---|---|
| Brent R. McIlwain | 147.10 | 98,557.00 |
| Mitchell J. Geller | 2.90 | 2,131.50 |
| Robert W. Jones | 105.10 | 80,927.00 |
| Joseph A. Steinberg | 14.90 | 8,567.50 |
| Alvin F. Benton, Jr | 12.10 | 3,751.00 |
| Brian J. Smith | 202.20 | 110,199.00 |
| Priscilla A. Tobias | 0.50 | 95.00 |
| Steven C. Patterson | 0.50 | 110.00 |

## REIMBURSABLE COSTS THROUGH SEPTEMBER 30, 2015:

| Date | Description | Amount |
|---|---|---|
| 07/01/15 | SoundPath Teleconferencing Services | 4.66 |
| | USER DEFINED 1:  McIlwain, Brent R. | |
| | USER DEFINED 2:  Dallas | |
| 07/03/15 | SoundPath Teleconferencing Services | 12.69 |
| | USER DEFINED 1:  Jones, Robert W. | |
| | USER DEFINED 2:  Dallas | |
| 07/08/15 | OTHER | 6,868.00 |
| | Brian J. Smith; Filing Fees and Related; RREAF - | |
| | Bankruptcy Filing Fees ($5,151.00 + $1,717.00).; | |
| | 07/08/15 | |

# Holland & Knight

RREAF O&G Portfolio #2 LLC
146045.00002

| | | |
|---|---|---|
| 07/08/15 | Special Delivery Service, Inc. - Invoice # 482381 - Holland & Knight - 07/08/15 | 58.91 |
| 07/09/15 | Out Of Town Travel<br>Robert W. Jones; Taxi; San Antonio, TX - Attendance at Court Hearing - Taxi Fare; 07/09/15 | 33.00 |
| 07/09/15 | Out Of Town Travel<br>Robert W. Jones; Taxi; San Antonio, TX - Attendance at Court Hearing - Taxi Fare; 07/09/15 | 10.00 |
| 07/09/15 | Meals<br>Brent R. McIlwain; Dinner; RREAF Court Hearing - Dinner at Sky Canyon; 07/09/15 | 30.99 |
| 07/10/15 | Out Of Town Travel<br>Brent R. McIlwain; Parking; RREAF Court Hearing - Dallas Love Field Airport Parking; 07/10/15 | 17.00 |
| 07/10/15 | Out Of Town Travel<br>Brent R. McIlwain; Lodging; RREAF Court Hearing - Doubletree-Emily Morgan Hotel; 07/09/2015 through 07/10/2015 | 185.63 |
| 07/10/15 | Out Of Town Travel<br>Robert W. Jones; Taxi; San Antonio, TX - Attendance at Court Hearing - Taxi Fare; 07/10/15 | 27.00 |
| 07/10/15 | Out Of Town Travel<br>Robert W. Jones; Lodging; San Antonio, TX - Attendance at Court Hearing - Doubletree-Emily Morgan Hotel; 07/09/2015 through 07/09/2015 | 185.63 |
| 07/10/15 | Meals<br>Robert W. Jones; Brent R. McIlwain; Breakfast; San Antonio, TX - Attendance at Court Hearing - Doubletree-Emily Morgan Hotel; 07/10/15 | 63.21 |
| 07/10/15 | Meals<br>Brent R. McIlwain; Robert W. Jones; Lunch; RREAF Court Hearing - Lunch at Oro Restaurant; 07/10/15 | 41.64 |

# Holland & Knight

RREAF O&G Portfolio #2 LLC
146045.00002

| | | |
|---|---|---|
| 07/13/15 | SoundPath Teleconferencing Services<br>USER DEFINED 1:  Smith, Brian J.<br>USER DEFINED 2:  Dallas | 10.90 |
| 07/16/15 | Federal Express - Invoice # 5-105-98490 - Clerk<br>of the United States Bankruptcy Court - 07/16/15 | 14.08 |
| 07/17/15 | OTHER<br>Odyssey Document Services, Inc.; Invoice #<br>19645; Invoice Date 07/17/2015; Copy services | 604.61 |
| 07/20/15 | Robert W Jones -<br>Conference call on 07/20/2015<br>USER DEFINED 1:  Jones, Robert W.<br>USER DEFINED 2:  Dallas | 3.74 |
| 07/22/15 | Brent R McIlwain -<br>Conference call on 07/22/2015<br>USER DEFINED 1:  McIlwain, Brent R.<br>USER DEFINED 2:  Dallas | 8.78 |
| 07/22/15 | OTHER<br>Odyssey Document Services, Inc.; Invoice #<br>19649; Invoice Date 07/22/2015; Copy services<br>regarding B Smith | 155.50 |
| 07/27/15 | Brent R McIlwain -<br>Conference call on 07/27/2015<br>USER DEFINED 1:  McIlwain, Brent R.<br>USER DEFINED 2:  Dallas | 7.23 |
| 07/28/15 | Out Of Town Travel<br>Brent R. McIlwain; Taxi; RREAF Bankruptcy-<br>Hearing - San Antonio Taxis; 07/28/15 | 30.00 |
| 07/28/15 | Meals<br>Brent R. McIlwain; Meals - Local; RREAF<br>Bankruptcy-Hearing - Dinner at Palomino (on way<br>to airport).; 07/28/15 | 75.06 |
| 07/28/15 | OTHER<br>Odyssey Document Services, Inc.; Invoice #<br>19651; Invoice Date 07/28/2015; Copy services | 63.44 |

# Holland & Knight

October 12, 2015
Invoice 3249651
Page 19

RREAF O&G Portfolio #2 LLC
146045.00002

| | | |
|---|---|---|
| 07/28/15 | OTHER | 404.52 |
| | Odyssey Document Services, Inc.; Invoice # 19654; Invoice Date 07/28/2015; Copy services for Brian Smith | |
| 07/28/15 | OTHER | 387.07 |
| | Odyssey Document Services, Inc.; Invoice # 19655; Invoice Date 07/28/2015; Copy services and postage fee | |
| 07/28/15 | OTHER | 77.27 |
| | Odyssey Document Services, Inc.; Invoice # 19656; Invoice Date 07/28/2015; Copy services and postage fee | |
| 07/29/15 | Out Of Town Travel | 23.00 |
| | Brent R. McIlwain; Parking; RREAF Bankruptcy-Hearing - Parking at Dallas Love Field; 07/29/15 | |
| 07/29/15 | Out Of Town Travel | 220.66 |
| | Brent R. McIlwain; Lodging; RREAF Bankruptcy-Hearing - Doubletree Emily Morgan Hotel; 07/28/2015 through 07/29/2015 | |
| 07/29/15 | Out Of Town Travel | 30.00 |
| | Brent R. McIlwain; Taxi; RREAF Bankruptcy-Hearing - Star Cab; 07/29/15 | |
| 07/29/15 | Meals | 39.48 |
| | Brent R. McIlwain; Luigi Major; Meals - Other; RREAF Bankruptcy-Hearing - Oro Restaurant & Bar; 07/29/15 | |
| 07/29/15 | Meals | 67.21 |
| | Brent R. McIlwain; Jon Moyer, Tony Mannes; Lunch; RREAF Bankruptcy-Hearing - Doubletree Emily Morgan Hotel; 07/29/15 | |
| 07/29/15 | OTHER | 12.62 |
| | Brent R. McIlwain; Telephone; RREAF Bankruptcy-Hearing - Doubletree Emily Morgan Hotel; 07/29/15 | |

# Holland & Knight

RREAF O&G Portfolio #2 LLC
146045.00002

| | | |
|---|---|---|
| 07/31/15 | Robert W Jones -<br>Conference call on 07/31/2015<br>USER DEFINED 1: Jones, Robert W.<br>USER DEFINED 2: Dallas | 7.98 |
| 08/03/15 | Robert W Jones -<br>Conference call on 08/03/2015<br>USER DEFINED 1: Jones, Robert W.<br>USER DEFINED 2: Dallas | 3.89 |
| 08/04/15 | Brian Smith -<br>Conference call on 08/04/2015<br>USER DEFINED 1: Smith, Brian J.<br>USER DEFINED 2: Dallas | 6.59 |
| 08/05/15 | OTHER<br>Odyssey Document Services, Inc.; Invoice #<br>19672; Invoice Date 08/05/2015; Copy Services -<br>Postage Fee | 112.73 |
| 08/13/15 | Out Of Town Travel<br>Brian J. Smith; Parking; Freedom Park at DFW<br>Airport (re: trip to Midland, TX, to attend<br>hearing); 08/13/15 | 28.64 |
| 08/13/15 | OTHER<br>Odyssey Document Services, Inc.; Invoice #<br>19677; Invoice Date 08/13/2015; Copy services | 425.55 |
| 08/14/15 | Robert W Jones -<br>Conference call on 08/14/2015<br>USER DEFINED 1: Jones, Robert W.<br>USER DEFINED 2: Dallas | 8.72 |
| 08/21/15 | Brent R McIlwain -<br>Conference call on 08/21/2015<br>USER DEFINED 1: McIlwain, Brent R.<br>USER DEFINED 2: Dallas | 1.45 |
| 09/02/15 | Out Of Town Travel<br>Visa Airfare<br>B.MCILWAIN/2124554947<br>Depart Date:07/09/15 Arr Date:07/10/15<br>Dallas/San Antonio | 528.50 |

# Holland & Knight

RREAF O&G Portfolio #2 LLC
146045.00002

| | | |
|---|---|---|
| 09/02/15 | Out Of Town Travel<br>Visa Airfare<br>R.JONES/2125116531<br>Depart Date:07/09/15 Arr Date:07/10/15<br>Dallas/San Antonio | -16.00 |
| 09/02/15 | Out Of Town Travel<br>Visa Airfare<br>R.JONES/2124558123<br>Depart Date:07/09/15 Arr Date:07/10/15<br>Dallas/San Antonio | 520.00 |
| 09/02/15 | Out Of Town Travel<br>Visa Airfare<br>B.MCILWAIN/2124559860<br>Depart Date:07/09/15 Arr Date:07/10/15<br>Dallas/San Antonio | -8.50 |
| 09/02/15 | Out Of Town Travel<br>Visa Airfare<br>B.MCILWAIN/2129817785<br>Depart Date:07/28/15 Arr Date:07/29/15<br>Dallas/San Antonio | 484.00 |
| 09/02/15 | Out Of Town Travel<br>Visa Airfare<br>B.MCILWAIN/5072720463<br>Depart Date:07/28/15 Arr Date:07/29/15<br>Dallas/San Antonio | 12.50 |
| 09/10/15 | OTHER<br>Odyssey Document Services, Inc.; Invoice #<br>19692; Invoice Date 09/10/2015; Copy Services<br>and Postage Fee | 159.07 |
| 09/14/15 | Robert W Jones -<br>Conference call on 09/14/2015<br>USER DEFINED 1:  Jones, Robert W.<br>USER DEFINED 2:  Dallas | 6.28 |

# Holland & Knight

RREAF O&G Portfolio #2 LLC
146045.00002

| | | | |
|---|---|---|---|
| 09/15/15 | Robert W Jones - | 9.81 | |
| | Conference call on 09/15/2015 | | |
| | USER DEFINED 1:  Jones, Robert W. | | |
| | USER DEFINED 2:  Dallas | | |
| 09/16/15 | Robert W Jones - | 4.00 | |
| | Conference call on 09/16/2015 | | |
| | USER DEFINED 1:  Jones, Robert W. | | |
| | USER DEFINED 2:  Dallas | | |
| 09/24/15 | Robert W Jones - | 3.56 | |
| | Conference call on 09/24/2015 | | |
| | USER DEFINED 1:  Jones, Robert W. | | |
| | USER DEFINED 2:  Dallas | | |
| 09/29/15 | OTHER | 450.00 | |
| | Brian J. Smith; Court Reporter Fees; RREAF-BR - Purchase of Transcript; 09/29/15 | | |
| 09/30/15 | OTHER | 480.32 | |
| | CT Lien Solutions; Invoice # 2361462; Invoice Date 09/30/2015; State lien search in Delaware regarding RREAF O&G Portfolio #2 LLC, RREAF O&G Portfolio #2 Manager LLC, RREAF O&G Portfolio #3 LLC, and RREAF O&G Portfolio #3 LLC. | | |
| | Misc Online Research | 20.20 | |

**Total Reimbursable Costs :**                     **$      13,022.82**

**TOTAL FEES FOR PROFESSIONAL SERVICES:**          $      304,338.00

**TOTAL REIMBURSABLE COSTS:**          $        13,022.82

**TOTAL DUE:**          $      **317,360.82**